US MAGISTRATE JUDGE CHERYL L. POLLAK          DATE: 10/5/10

TIME SPENT: _____

DOCKET NO. 10 CV 1637

CASE: Gao v Perfect Team

____ INITIAL CONFERENCE          ____ OTHER/STATUS CONFERENCE
____ DISCOVERY CONFERENCE        ____ FINAL/PRETRIAL CONFERENCE
✓ SETTLEMENT CONFERENCE          ____ TELEPHONE CONFERENCE
____ MOTION HEARING              ____ ORAL ARGUMENT

**MANDATORY DISCLOSURE:**

____ COMPLETED                   ____ DATE TO BE COMPLETED BY

FOR PLAINTIFF: _____

FOR DEFENDANT: _____

____ DISCOVERY TO BE COMPLETED BY _____

____ NEXT CONFERENCE SCHEDULED FOR _____

____ DUNTON ISSUE ADDRESSED

PL. TO SERVE DEF. BY: _____     DEF. TO SERVE PL. BY: _____

RULINGS:

Defs to provide financial info

Settlement conference set for 11/3 at 2:30