UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------X
LI RONG GAO, et al.,

        Plaintiffs,                    **O R D E R**

  -AGAINST-                            10 CV 1637 (ENV)

PERFECT TEAM CORP., et al.,

        Defendants.
----------------------------------------------------X

      A status conference is scheduled for **JANUARY 28, 2014 at 2:00 PM,** before the Honorable Cheryl L. Pollak, United States Magistrate Judge in courtroom 13B-south, at 225 Cadman Plaza East, Brooklyn, New York.

      No request for adjournment will be considered unless made at least forty-eight (48) hours before the scheduled conference.

      **SO ORDERED**.

Dated:  Brooklyn, New York
           January 16, 2014

                                    /S/    Cheryl L. Pollak
                                 Cheryl L. Pollak
                                 U.S. Magistrate Judge
                                 Eastern District of New York