UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

LI RONG GAO, et al.,

                Plaintiffs,

-against-

PERFECT TEAM CORPORATION d/b/a GUANG ZHOU RESTAURANT, et al.,
                Defendants.

No. 10-CV-1637 (ENV) (CLP)

**NOTICE OF MOTION FOR PARTIAL SUMMARY JUDGMENT**

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law in support of this motion, the statement of undisputed facts made pursuant to Local Rule 56.1, the Declaration of David A. Colodny, and the Affidavit of Li Rong Gao, the undersigned counsel for Plaintiff will move this Court, before the Honorable Eric N. Vitaliano, United States District Judge of the United States District Court of the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, NY 11201 for summary judgment pursuant to Federal Rule of Civil Procedure 56 against Defendants Perfect Team Corporation d/b/a Guang Zhou Restaurant, Ji Shiang, Inc. d/b/a Guang Zhou Restaurant, Chun Kit Cheng a/k/a Jun Jie Zheng, Jia Li Wang, and Feng Lin.

1

Dated: April 30, 2014
      New York, NY

                              URBAN JUSTICE CENTER

                          By:_ /s/ David A. Colodny
                              _____
                              David Colodny
                              dcolodny@urbanjustice.org
                              Amy Tai
                              atai@urbanjustice.org
                              123 William Street, 16th Floor
                              New York, NY 10038
                              Telephone: (646) 602-5600
                              Facsimile: (212) 533-4598

                              Edward Tuddenham
                              etudden@prismnet.com
                              228 W. 137th Street
                              New York, NY  10030
                              (212) 234-5953

                              *Attorneys for Plaintiffs*