UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

LI RONG GAO, et al.,

                              Plaintiffs,

        -against-                                    No. 10-CV-1637 (ENV)(CLP)

PERFECT TEAM CORPORATION d/b/a GUANG ZHOU
RESTAURANT, et al.

                              Defendants.

## AFFIDAVIT OF PLAINTIFF LI RONG GAO

Li Rong Gao, being duly sworn, deposes and says under penalty of perjury:

1.      I worked at the Guang Zhou Restaurant ("the Restaurant") on 37th Avenue in

Flushing, New York.

2.      I worked as a waitress at the Restaurant from April 29, 2008 until June 1, 2009.

3.      From April 2008 to June 2009, my work schedule at the Restaurant varied based

on the work shift I was assigned.  For approximately the first 2.5 months, I normally worked

approximately 61 hours per week, not including any sick or other unpaid time off.  Thereafter, I

generally worked approximately 55 hours per week, not including any sick or other unpaid time

off.  I worked five and a half days per week, including two full weekend days.  My day off was

on a weekday.

4.      The following schedules attached hereto as Exhibit A, Exhibit B (#00019), and

Exhibit C (#00020), which were used at Guang Zhou Restaurant, are examples of some of my

various work schedules between April 2008 and June 2009.  Sometimes the time I started or

finished work varied by about an hour from what was indicated on the work schedules,

particularly on holidays or during banquet parties at the Restaurant, but my work weeks generally averaged out to approximately 55 hours per week, after the first 2.5 months.

5.    In Exhibit A, my name is represented by a Chinese character ("容"), which appears on the far left hand column, eight rows down (including the header row) or two rows below the box labeled "Leo." I believe this schedule was used from approximately the time that I started working at the Restaurant in 2008 until mid-July in 2008. My schedule, as shown in the row next to my name, was:

     a.  Monday: 11:00 a.m. to 10:30 p.m. with a break from 5:00 p.m. to 6:00 p.m.

     b.  Tuesday: Day Off

     c.  Wednesday: 6:00 p.m. to 11:00 p.m. without a break

     d.  Thursday: 10:00 a.m. to 10:30 p.m. with a break from 1:30 p.m. to 3:00 p.m.

     e.  Friday: 10:30 a.m. to 10:30 p.m. with a break from 1:30 p.m. to 3:00 p.m.

     f.  Saturday: 10:00 a.m. to 11:00 p.m. (with two 30 minute meal breaks)

     g.  Sunday: 10:00 a.m. to 11:00 p.m. (with two 30 minute meal breaks)

6.    In Exhibit B, my name is represented by a Chinese character ("容") on the left hand side in the box just under "Leo." My schedule during the period of time that this schedule was in place is shown in the row next to my name:

     a.  Monday: Day Off

     b.  Tuesday: 6:30 p.m. to 10 p.m. with no break.

     c.  Wednesday: 9:00 a.m. to 10:00 p.m. with a break from 2:30 to 5:30 p.m.

2

    d.   Thursday: 9:00 a.m. to 10:00 p.m. with a break from 2:30 to 5:30 p.m.

    e.   Friday: 9:00 a.m. to 10:00 p.m. with a break from 2:30 to 5:30 p.m.

    f.   Saturday and Sunday: 9:30 a.m. to 10:30 p.m. with a break from 3:30 to 5:30 p.m.

7.      In Exhibit C (#00020), my name is represented by a Chinese character ("容"), and appears in the fifth row (including the header row), next to the letter "B." This was the schedule that was in place towards the end of my employment in 2009. My schedule, as shown in the row next to my name, was:

    a.   Monday: 9:00 a.m. to 6:00 p.m. (with one 30 min. break from approximately 3:00 p.m. to 3:30 p.m.) The Chinese characters reference schedule A on the bottom of the page, below the chart.

    b.   Tuesday: 10:00 a.m. to 3:00 p.m. without a break.

    c.   Wednesday: Day Off.

    d.   Thursday: 10:00 a.m. to 9:30 p.m. (with one 30 min. meal break from approximately 3:00 p.m. to 3:30 p.m.). Where the boxes are blank in my row, I referred to schedule B shown on the bottom of the page, below the chart.

    e.   Friday: 10:00 a.m. to 9:30 p.m. (with one 30 min. meal break from approximately 3:00 p.m. to 3:30 p.m.)

    f.   Saturday: 9:30 a.m. to 10:00 p.m. with a break from 3:00 p.m. to 5:00 p.m.

    g.   Sunday: 9:30 a.m. to 10:00 p.m. with a break from 3:00 p.m. to 5:00 p.m.

8.      When I had breaks one hour or longer, I did not normally have additional meal breaks.  The breaks described above in parentheses are when I only had 30 minute meal breaks.

9.      During the period from April 29, 2008 to June 1, 2009, I was paid at a rate of $400 per month in cash.  I usually received my wages during the middle and at the end of the month.

10.     As shown in Perfect Team's payroll records, attached hereto as Exhibit D, I signed a document each time I received my wages.  My signature is on the second column from the right of Exhibit D.

11.     During the period April 29, 2008 to June 1, 2009, I never received any additional wages for working long work days or long work weeks.

12.     Prior to June 1, 2009, no one from Guang Zhou Restaurant told me that I was being paid by an hourly rate.

13.     Prior to June 1, 2009, I never received any paystubs when I got paid and never received any documents from the Restaurant stating that it was claiming a tip credit.

14.     Prior to June 1, 2009, no owner, manager or supervisor at Guang Zhou restaurant ever told me – in writing or orally – about the minimum wage law, or told me that the Restaurant was going to pay me less than the minimum wage because I earned tips.

15.     Prior to June 1, 2009, I never saw a poster on the wall at the Restaurant about the minimum wage or other labor laws.

4

16.     I was re-hired by Guang Zhou Restaurant at approximately the beginning of August 2010.  I worked at the Restaurant as a waitress from August 2, 2010 through February 13, 2011, at which time the Restaurant closed.

17.     After I was re-hired in August 2010, I was told by a Huang Shi, a manager of the Restaurant, that the minimum wage was $4.65 per hour.  No owner or manager at the Restaurant informed me in writing or orally what the full minimum wage was or that I was receiving less than the full minimum wage because I received tips.

18.     Throughout the time I worked at Guang Zhou Restaurant in 2010, the restaurant paid me wages at a rate of $4.65 per hour.  Throughout the time I worked at the Restaurant in 2011, the Restaurant paid me wages at a rate of $5.00 per hour.  Attached hereto as Exhibit E are the paystubs that I received from the Restaurant from August 2010 to February 2011.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Date: April 29, 2014

Li Rong Gao

OFFICIAL SEAL
KING O CHU
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:06/21/17

# EXHIBIT A

| | 星期一 | 星期二 | 星期三 | 星期四 | 星期五 | 星期六 | 星期天 |
|---|---|---|---|---|---|---|---|
| Kevin | 12:00-10:30 | 12:00-10:30 | Off | 12:00-10:30 | 12:30-10:30 | 11:30-11:00 | 11:00-10:30 |
| 芳 | 9:00—3:30 | 9:00-10:00 3:30-6:30(b) | 9:00-10:00 3:30-6:30(b) | 9:00-10:00 3:30-6:30 | off | 10:00-11:00 | 10:30-10:30 |
| 红 | off | off | 9:00-10:00 3:30-6:30(b) | 6:30-10:30 | 9:00-10:30 3:30-6:30(b) | 9:00-10:30 3:30-5:00(b) | |
| 桦 | 10:00-10:30 3:30-6:30(b) (1) | 10:00-10:30 2:00-3:30(b) | off | 10:00-10:30 2:00-3:30(b) | 6:30-10:30 | 10:00-11:00 9:00-3:30(b) | |
| leo | 10:30-10:30 | 10:30-10:30 | 10:30-10:30 | off | 9:00-10:30 3:30-6:30(b) | | |
| 健 | off | 9:00-10:30 3:30-6:30 | 6:00-11:00 | 9:00-3:00 | 10:00-10:30 3:30-5:30(b) | | |
| 谷 | 11:00-10:30 5:00-6:00 (2) | off | 3:30-12:00 | 10:30-10:30 1:30-3:00(b) Off (1) | 11:00-10:30 5:30-7:00 | | |
| 刚 | 11:00-10:30 3:30-4:30 (1) | 11:00-10:30 6:00-7:00 5:30-11:00 | 3:30-12:00 | 10:30-10:30 2:00-4:00 (2) | 12:00-11:00 5:00-11:00 | | |
| 林 | off | 5:30-12:00 | 11:30-10:30 6-7 | 11:00-11:00 (2) | 11:00-11:00 (2) | | |
| 深 | 12:30-12:00 4:30-8:30 (2) | 12:30-12:00 4:30-8:30 | off | 2:30-12:00 (1) | 2:30-12:00 1:30-7:00 | 11:00-11:30 | |
| 丽 | 3:00-2:00 | 5:30-12:00 9:00-9:45 | 12:30-12:00 5:30-7:00 | 12:30-11:00 9:00-9:45 | off | 11:00-2:00 | |
| 爾 | 9:00-9:45 9:00-5:30 | 9:30-9:45 9:00-5:30 | 12:00-12:00 9:00-5:30 | 9:30-10 9:00-5:30 | 9:00-9:45 9:00-5:30 | 9:00-11:30 | |

# EXHIBIT B

08 年 7 月 21 日　试释

| | 星 期 一 | 星 期 二 | 星 期 三 | 星 期 四 | 星 期 五 | 周末（假日 |
|---|---|---|---|---|---|---|
| LEO | 9AM~10PM (3:30~5:30) | 9：AM~10PM (3：30~5：30) | 9AM~10PM (3：30~5：30) | （休息） | 9：AM~10PM (3：30~5：30) | 9:30AM~10:30 (3：30~5：3 |
| 容 | （休息） | 9:30am~10pm (休息上半日) | 9：am~10：pm (2:30 ~5:30) | 9：am~10pm (2:30 ~5:30) | 9: am~10:00pm ( 2:30~5:30) | 9：am~10pm (3:30 ~5:3 |
| 小红 | 10AM~2:00P M (休息下半日) | （休息） | 10:00AM~10:00 PM (2:30~5:00) | 9:00AM~10:00P M (2:30~5:30PM) | 9:00AM~10:00P M (2:30P~5:30P) | 9:30AM~10:30 (4:30PM~5:30P |
| 辉 | 9:00AM~10P M (2:30 ~5:30) | 9：AM~10PM (2:30 ~5:30） | 10AM~10PM (3:30 ~5:00) | 10： 00am~2：00pm (休息下半日) | （休息） | 9:30am~10:30p (3: 30~4: 30 |
| 德 | 10AM~10PM (3:30~4:30) | 10am~7:30 （休下半日） | 10am~10:30p （休下半日） | 10AM~10PM （休半日） | 10AM~10PM (3: 30~5:30) | 10AM~10: 30P (3:30~4:30) |
| 平 | 10:30am~7:3 0pm （休下半） | 9（？）（日） | （休下半日） | 10:30am~10:30p m (4:30 ~5:30) | 10:30am~10:30p m (4:30~5:30) | 10:30am~10:30p |
| 林 | （休息） | 11:00am~11:00p m (4:30~5:30) | 11:00am~4:30pm (休息下半日) | 11:00am~11:00p m (4:30~5:30) | 11:00am~11:00pm (4:30~5:30) | 10:30am~11:00p |
| 顺 | 11:00am~11:0 0 pm (5:30~6:30) | 11:00am~11:00p m (5:30~6: 30) | （休息） | 6:30pm~ 收尾 (5:30~6:30) | 11:00am~11:00pm ( 5:30~6:30) | 10:30am~11:00p |
| 晖 | 11:00am~11:0 0pm (4:30~5:30) | 10:30am~10:30p m (4:30~5: 30) | 11:00am~11pm (4:30~5:30) （休下半日） | （休息） | 6:30pm~11:00pm （休息上半日） | 10:30~11:00p (4:30~5:30) |
| 刚 | 12:00pm~收尾 (5:30~6:30) | 12:00pm~收尾 (5:30~6:30) | 12:pm~收尾 (5:30~6:30) | （休息） | 6:30pm~收尾 （休息上半日） | 11:30pm~收 (5:30~6:30 |
| 健 | 12:00pm~收 p （休息半日） | （休息） | 12:30pm~收尾 (5:30~7:00) | 12:00pm~收尾 (5:30~7:00) | 12:30pm~收尾 (5:30~7:00) | 11:30pm~收 (5:30~6:3 |
| 深 | 7:00pm~收尾 （休息上半日） | 12:00pm~收尾 (5:30~7:00) | 12:00pm~收尾 (5:30~7:00) | 12:00pm~收尾 (5:30~7:00) | （休息） | 11:30pm~收 (5:30~6:3 |
| 彩 | 12:00~10:3 | 12：收尾8:00 | （休息） | 12:0~10:00 （下半日） | 12:0~10:00 （休息） | 8:30 10:30~ |

00019

# EXHIBIT C

| | 星期一 (10/8) | 星期二 (9/2) | 星期三 (9/9) | 星期四 (9/8) | 星期五 (10/10) | 星期六 | （日） |
|---|---|---|---|---|---|---|---|
| A　LBO　开门 | | | | | | 9:00am~10:00pm (3:00-5:30) | 9:00am~10:00pm (3:00-5:30) |
| A　开门 | 休息 | | | 休息 | | 9:30am~10:00pm (3:00-5:30) | 9:00am~10:00pm (3:00-5:30) |
| B　辉√ | | | | 10:00-3:00pm (休息下半日) | 休息 | 9:30am-10:00pm (3:00-5:00) | 9:30am~10:00pm (3:00-5:00) |
| B　容√ | (顶A更) | 10:00-3:00pm (休息下半日) | 休息 | | (顶A更) | 9:30am-10:00pm (3:00-5:00) | 9:30am~10:00pm (3:00-5:00) |
| C　小红 | | 休息 | 返6:00-10:00pm (休息上半日) | | | 9:30am-10:00pm (3:00-5:00) | 9:30am~10:00pm (3:00-5:00) |
| C　双√ | (顶B更) | | | | 返6:00-10:00 (休息上半日) | 10:00am-10:30pm (5:00-6:30) | 10:00am-10:30pm (5:00-6:30) |
| C　顺 | | | 休息 | | 休息 | 10:00am-10:30pm (5:00-6:30) | 10:00am-10:30pm (5:00-6:30) |
| C　深√ | 返6:00-10:00pm (休息上半日) | 返6:00-10:00pm (休息上半日) | | 休息 | | 10:00am-10:30pm (5:00-6:30) | 10:00am-10:30pm (5:00-6:30) |
| D　林√ | 休息 | 休息 | | (顶A更) | | 10:30am-10:30pm (4:30-5:30) | 10:30am-10:30pm (4:30-5:30) |
| D　平√ | 11:00-3:00pm (休息下半日) | 休息 | | (返E更) | | 10:30am-10:30pm (4:30-5:30) | 10:30am-10:30pm (4:30-5:30) |
| D　晖√ | (返E更) | (返E更) | 休息 | 返6:00-10:00pm (休息上半日) | | 10:00am-10:30pm (5:00-6:30) | 10:00am-10... (5:00-6:30) |
| E　刚√ | (顶B更) | | | 休息 | 返7:00pm-收尾 (休息上半日) | 11:30am-收尾班 (5:30-7:00) | |
| E　健 | | 休息 | 返7:00pm-收尾 (休息上半日) | 休息 | | 11:30am-收尾班 (5:30-7:00) | |
| E　必祥√ | 休息 | 返7:00-收尾 (休息上半日) | | | | 11:30am-收尾班 (5:30-7:00) | |

周一至周五 A更 (9:00am~6:00pm)
B更 (10:00~9:30pm)
c更 (11:00am~10:00pm)
D更 (11:30am~10:00pm)
E更 12:30pm~收尾

楼面用膳安排: 中午头轮 A,B,D　尾轮 C,E
　　　　　　　晚上头轮 A,B,E　尾轮 C,D

00020

# EXHIBIT D

# 广州酒家人工表

部门

| 姓名 | 出勤日 | 工资 | 扣除支票 | 实发工资 | 签名 | 备注 年 月 日 |
|---|---|---|---|---|---|---|
| 邝 | 2天 | 200 | | 26.67 | | 4/17～4/30/08 |
| | 14.5° | 200 | | 193 | | 5/1～5/15/08（阴历补发） |
| | 14.5° | 200 | | 193 | | 5/16～5/31/08 |
| 邝 | 12天 | 200 | | 200 160 | | 6/1～6/15/08 |
| | | 200 | | 200 | | 6/16～6/30/08 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| 合计 | | | | | | |

核对人

经手人

广州酒家人工表

部门

| 姓名 | 缺勤日 | 工资 | 扣除支票 | 实发工资 | 签名 | 备注 作 月 日 |
|------|--------|------|----------|----------|------|------|
| 阳乃 |        | 200  |          | 200      |      | 7/1 ~ 7/15 (15) |
|      |        | 200  |          | 200      |      | 7/16 ~ 7/31 (08) |
|      | 多休    | 200  |          | 200      |      | 8/1 ~ 8/15 (08) |
|      |        | 200  |          | 200      |      | 8/16 ~ 8/31 (08) |
|      |        | 200  |          | 200      |      | 9/1 ~ 9/15 (12) |
|      |        | 200  |          | 200      |      | 9/16 ~ 9/30 (08) |
|      |        |      |          |          |      |      |
|      |        |      |          |          |      |      |
|      |        |      |          |          |      |      |
| 合计 |        |      |          |          |      |      |

经手人                                                                 核对人

部门

## 广州酒家人工表

| 姓名 | 出勤日 | 工资 | 扣除支票 | 实发工资 | 签名 | 备注 年 月 日 |
|------|--------|------|----------|----------|------|-----------------|
| 滑? | | 200 | | 200 | | 10/1 — 10/15/0P |
| | | 200 | | 200 | | 10/16 — 10/31/0P |
| | | 200 | | 200 | | 11/1 — 11/15/0P |
| | | 200 | | 200 | | 11/16 — 11/30/0P |
| | | 200 | | 200 | | 12/1 — 12/15/0P |
| | | 200 | | 200 | | 12/16 — 12/31/0P |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| 合计 | | | | | | |

经手人                                                                                     核对人

# 广州酒家人工表

| 部门 | 姓名 | 加班日 | 工资 | 扣除支票 | 实发工资 | 签名 | 备注 年 月 日 |
|---|---|---|---|---|---|---|---|
| | | 1.50 | 200 | | 160 | | 1/1/09 — 1/15/09 |
| | | | 200 | | 200 | | 1/16 — 1/31/09 |
| | | 0.5 | 200 | | 193 | | 2/1 — 2/15/09 |
| | | | 200 | | 200 | | 2/16 — 2/28/09 |
| | | | 200 | | 200 | | 3/1 — 3/15/09 |
| | | | 200 | | 200 | | 3/16 — 3/31/09 |
| | | | 200 | | 200 | | 4/1 — 4/15/09 |
| | | | 200 | | 200 | | 4/16 — 4/30/09 |
| | | | 200 | | 200 | | 5/1 — 5/15/09 |
| | | | 200 | | 200 | | 5/16 — 5/31/09 |
| | | | 200 | | 13 | | 6/1/09 (一天) |
| | 合计 | | | | | | |

核对人

经手人

# EXHIBIT E

## Paystub 1

J SHIANG INC
CHECK #: 10830

Prepared by: JEFFREY ENG CPA P.C.

| EMP # | NAME | SSN | | | | CHECK DATE | 8/8/2010 |
|---|---|---|---|---|---|---|---|
| 8281 | LIRONG GAO | 147-38 DELAWARE AVE 2FL FLUSHING, NY 11355 | | Married -7 | | PAY PERIOD: | 8/2/2010 - 8/8/2010 |

| DESCRIPTION | HOURS | RATE | AMOUNT | YTD AMOUNT | DEDUCTIONS | YTD DEDUCTIONS | TAXES | AMOUNT | YTD AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| Reg | 35.02 | 4.6500 | 162.84 | 162.84 | | | FICA-SS | 36.94 | 36.94 |
| Reported Tips | | | 433.00 | 433.00 | | | FICA-Med | 8.64 | 8.64 |
| MEALS | | | 21.00 | 21.00 | | | State W/H | 15.55 | 15.55 |
| | | | | | | | Local | 10.29 | 10.29 |

| EARNINGS | DEDUCTIONS | TAXES | NET | YTD EARNINGS | YTD DEDUCTIONS | YTD TAXES | YTD NET |
|---|---|---|---|---|---|---|---|
| 162.84 | 0.00 | 71.86 | 90.98 | 162.84 | 0.00 | 71.86 | 90.98 |

## Paystub 2

J SHIANG INC
CHECK #: 10849

Prepared by: JEFFREY ENG CPA P.C.

| EMP # | NAME | SSN | | | | CHECK DATE | 8/15/2010 |
|---|---|---|---|---|---|---|---|
| 8281 | LIRONG GAO | 147-38 DELAWARE AVE 2FL FLUSHING, NY 11355 | | Married -7 | | PAY PERIOD: | 8/9/2010 - 8/15/2010 |

| DESCRIPTION | HOURS | RATE | AMOUNT | YTD AMOUNT | DEDUCTIONS | YTD DEDUCTIONS | TAXES | AMOUNT | YTD AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| Reg | 38.30 | 4.6500 | 168.80 | 331.64 | | | FICA-SS | 39.49 | 76.43 |
| Reported Tips | | | 468.00 | 901.00 | | | FICA-Med | 9.23 | 17.87 |
| MEALS | | | 21.00 | 42.00 | | | State W/H | 18.41 | 34.40 |
| | | | | | | | Local | 11.81 | 22.10 |

| EARNINGS | DEDUCTIONS | TAXES | NET | YTD EARNINGS | YTD DEDUCTIONS | YTD TAXES | YTD NET |
|---|---|---|---|---|---|---|---|
| 168.80 | 0.00 | 78.94 | 89.86 | 331.64 | 0.00 | 150.80 | 180.84 |

## Paystub 3

J SHIANG INC
CHECK #: 10867

Prepared by: JEFFREY ENG CPA P.C.

| EMP # | NAME | SSN | | | | CHECK DATE | 8/22/2010 |
|---|---|---|---|---|---|---|---|
| 8281 | LIRONG GAO | 147-38 DELAWARE AVE 2FL FLUSHING, NY 11355 | | Married -7 | | PAY PERIOD: | 8/16/2010 - 8/22/2010 |

| DESCRIPTION | HOURS | RATE | AMOUNT | YTD AMOUNT | DEDUCTIONS | YTD DEDUCTIONS | TAXES | AMOUNT | YTD AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| Reg | 32.43 | 4.6500 | 150.80 | 482.44 | | | FICA-SS | 35.14 | 111.57 |
| Reported Tips | | | 416.00 | 1,317.00 | | | FICA-Med | 8.22 | 26.09 |
| MEALS | | | 21.00 | 63.00 | | | State W/H | 14.28 | 48.68 |
| | | | | | | | Local | 9.22 | 31.32 |

| EARNINGS | DEDUCTIONS | TAXES | NET | YTD EARNINGS | YTD DEDUCTIONS | YTD TAXES | YTD NET |
|---|---|---|---|---|---|---|---|
| 150.80 | 0.00 | 66.86 | 83.94 | 482.44 | 0.00 | 217.66 | 264.78 |

## Paystub 4

J SHIANG INC
CHECK #: 10885

Prepared by: JEFFREY ENG CPA P.C.

| EMP # | NAME | SSN | | | | CHECK DATE | 8/29/2010 |
|---|---|---|---|---|---|---|---|
| 8281 | LIRONG GAO | 147-38 DELAWARE AVE 2FL FLUSHING, NY 11355 | | Married -7 | | PAY PERIOD: | 8/23/2010 - 8/29/2010 |

| DESCRIPTION | HOURS | RATE | AMOUNT | YTD AMOUNT | DEDUCTIONS | YTD DEDUCTIONS | TAXES | AMOUNT | YTD AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| Reg | 34.50 | 4.6500 | 160.43 | 642.87 | | | FICA-SS | 36.66 | 148.23 |
| Reported Tips | | | 431.00 | 1,748.00 | | | FICA-Med | 8.58 | 34.67 |
| MEALS | | | 21.00 | 84.00 | | | State W/H | 15.73 | 64.41 |
| | | | | | | | Local | 10.13 | 41.45 |

| EARNINGS | DEDUCTIONS | TAXES | NET | YTD EARNINGS | YTD DEDUCTIONS | YTD TAXES | YTD NET |
|---|---|---|---|---|---|---|---|
| 160.43 | 0.00 | 71.10 | 89.33 | 642.87 | 0.00 | 288.76 | 354.11 |

**EMP#** 9281 | **NAME** LIRONG GAO | **SSN** | **Married -7** | **CHECK DATE** 9/26/2010 | **CHECK#** 11011
147-38 DELAWARE AVE 2FL FLUSHING, NY 11355 | **PAY PERIOD** 9/20/2010 - 9/26/2010

| DESCRIPTION | HOURS | RATE | AMOUNT | YTD AMOUNT | DEDUCTIONS | AMOUNT | YTD AMOUNT | TAXES | AMOUNT | YTD AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| Reg | 31.65 | 4.6500 | 147.17 | 1,292.90 | | | | FICA-SS | 31.14 | 292.20 |
| Reported Tips | | | 355.00 | 3,420.00 | | | | FICA-Med | 7.28 | 68.34 |
| MEALS | | | 21.00 | 168.00 | | | | State W/H | 10.50 | 125.20 |
| | | | | | | | | Local | 6.86 | 80.38 |

| EARNINGS | DEDUCTIONS | TAXES | NET | YTD EARNINGS | YTD DEDUCTIONS | YTD TAXES | YTD NET |
|---|---|---|---|---|---|---|---|
| 147.17 | 0.00 | 55.78 | 91.39 | 1,292.90 | 0.00 | 566.12 | 726.78 |

Prepared by: JEFFREY ENG CPA P.C.

**EMP#** 9281 | **NAME** LIRONG GAO | **SSN** | **Married -7** | **CHECK DATE** 9/19/2010 | JI SHANG INC | **CHECK#** 10981
147-38 DELAWARE AVE 2FL FLUSHING, NY 11355 | **PAY PERIOD** 9/13/2010 - 9/19/2010

| DESCRIPTION | HOURS | RATE | AMOUNT | YTD AMOUNT | DEDUCTIONS | AMOUNT | YTD AMOUNT | TAXES | AMOUNT | YTD AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| Reg | 36.47 | 4.6500 | 169.59 | 1,145.73 | | | | FICA-SS | 42.50 | 261.06 |
| Reported Tips | | | 518.00 | 3,065.00 | | | | FICA-Med | 9.95 | 61.06 |
| MEALS | | | 21.00 | 147.00 | | | | State W/H | 21.70 | 114.70 |
| | | | | | | | | Local | 13.61 | 73.52 |

| EARNINGS | DEDUCTIONS | TAXES | NET | YTD EARNINGS | YTD DEDUCTIONS | YTD TAXES | YTD NET |
|---|---|---|---|---|---|---|---|
| 169.59 | 0.00 | 87.76 | 81.83 | 1,145.73 | 0.00 | 510.34 | 635.39 |

Prepared by: JEFFREY ENG CPA P.C.

**EMP#** 9281 | **NAME** LIRONG GAO | **SSN** | **Married -7** | **CHECK DATE** 9/12/2010 | JI SHANG INC | **CHECK#** 10954
147-38 DELAWARE AVE 2FL FLUSHING, NY 11355 | **PAY PERIOD** 9/6/2010 - 9/12/2010

| DESCRIPTION | HOURS | RATE | AMOUNT | YTD AMOUNT | DEDUCTIONS | AMOUNT | YTD AMOUNT | TAXES | AMOUNT | YTD AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| Reg | 38.10 | 4.6500 | 177.17 | 976.14 | | | | FICA-SS | 37.71 | 218.56 |
| Reported Tips | | | 431.00 | 2,549.00 | | | | FICA-Med | 8.81 | 51.11 |
| MEALS | | | 21.00 | 126.00 | | | | State W/H | 18.72 | 93.00 |
| | | | | | | | | Local | 10.75 | 59.91 |

| EARNINGS | DEDUCTIONS | TAXES | NET | YTD EARNINGS | YTD DEDUCTIONS | YTD TAXES | YTD NET |
|---|---|---|---|---|---|---|---|
| 177.17 | 0.00 | 73.99 | 103.18 | 976.14 | 0.00 | 422.58 | 553.56 |

Prepared by: JEFFREY ENG CPA P.C.

**EMP#** 9281 | **NAME** LIRONG GAO | **SSN** | **Married -7** | **CHECK DATE** 9/5/2010 | JI SHANG INC | **CHECK#** 10928
147-38 DELAWARE AVE 2FL FLUSHING, NY 11355 | **PAY PERIOD** 8/30/2010 - 9/5/2010

| DESCRIPTION | HOURS | RATE | AMOUNT | YTD AMOUNT | DEDUCTIONS | AMOUNT | YTD AMOUNT | TAXES | AMOUNT | YTD AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| Reg | 33.57 | 4.6500 | 156.10 | 798.97 | | | | FICA-SS | 32.62 | 180.85 |
| Reported Tips | | | 370.00 | 2,118.00 | | | | FICA-Med | 7.63 | 42.30 |
| MEALS | | | 21.00 | 105.00 | | | | State W/H | 11.87 | 76.28 |
| | | | | | | | | Local | 7.71 | 49.16 |

| EARNINGS | DEDUCTIONS | TAXES | NET | YTD EARNINGS | YTD DEDUCTIONS | YTD TAXES | YTD NET |
|---|---|---|---|---|---|---|---|
| 156.10 | 0.00 | 59.83 | 96.27 | 798.97 | 0.00 | 348.59 | 450.38 |

## Pay Stub 1

JI SHIANG INC

Prepared by: JEFFREY ENG CPA P.C.
EMP# NAME: LIRONG GAO
8281 147-38 DELAWARE AVE 2FL FLUSHING, NY 11355
SSN — Married - 7  CHECK DATE: 10/10/2010  CHECK#
PAY PERIOD: 10/4/2010 - 10/10/2010  11427

| DESCRIPTION | HOURS | RATE | AMOUNT | YTD AMOUNT | DEDUCTIONS | AMOUNT | YTD AMOUNT | TAXES | AMOUNT | YTD AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| Reg | 39.18 | 4.6500 | 182.19 | 2,884.55 | | | | FICA-SS | 44.26 | 707.85 |
| Reported Tips | | | 532.00 | 8,454.00 | | | | FICA-Med | 10.37 | 165.55 |
| MEALS | | | 21.00 | 388.00 | | | | Federal W/H | | 41.22 |
| Overtime | | 8.2750 | | 78.45 | | | | State W/H | 23.68 | 320.50 |
| | | | | | | | | Local | 14.70 | 202.90 |

| EARNINGS | DEDUCTIONS | TAXES | NET | YTD EARNINGS | YTD DEDUCTIONS | YTD TAXES | YTD NET |
|---|---|---|---|---|---|---|---|
| 182.19 | 0.00 | 92.99 | 89.20 | 2,963.00 | 0.00 | 1,438.02 | 1,524.98 |

## Pay Stub 2

JI SHIANG INC

Prepared by: JEFFREY ENG CPA P.C.
EMP# NAME: LIRONG GAO
8281 147-38 DELAWARE AVE 2FL FLUSHING, NY 11355
SSN — Married - 7  CHECK DATE: 11/7/2010  CHECK#
PAY PERIOD: 11/1/2010 - 11/7/2010  11286

| DESCRIPTION | HOURS | RATE | AMOUNT | YTD AMOUNT | DEDUCTIONS | AMOUNT | YTD AMOUNT | TAXES | AMOUNT | YTD AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| Reg | 18.48 | 4.6500 | 85.93 | 2,144.64 | | | | FICA-SS | 19.76 | 507.51 |
| Reported Tips | | | 233.00 | 6,041.00 | | | | FICA-Med | 4.62 | 118.69 |
| MEALS | | | 18.30 | 280.90 | | | | State W/H | 2.27 | 218.54 |
| | | | | | | | | Local | 1.80 | 139.84 |

| EARNINGS | DEDUCTIONS | TAXES | NET | YTD EARNINGS | YTD DEDUCTIONS | YTD TAXES | YTD NET |
|---|---|---|---|---|---|---|---|
| 85.93 | 0.00 | 28.47 | 57.46 | 2,144.64 | 0.00 | 984.58 | 1,160.06 |

## Pay Stub 3

JI SHIANG INC

Prepared by: JEFFREY ENG CPA P.C.
EMP# NAME: LIRONG GAO
8281 147-38 DELAWARE AVE 2FL FLUSHING, NY 11355
SSN — Married - 7  CHECK DATE: 11/14/2010  CHECK#
PAY PERIOD: 11/8/2010 - 11/14/2010  11302

| DESCRIPTION | HOURS | RATE | AMOUNT | YTD AMOUNT | DEDUCTIONS | AMOUNT | YTD AMOUNT | TAXES | AMOUNT | YTD AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| Reg | 36.13 | 4.6500 | 168.00 | 2,312.64 | | | | FICA-SS | 41.92 | 549.43 |
| Reported Tips | | | 508.00 | 6,549.00 | | | | FICA-Med | 9.80 | 128.49 |
| MEALS | | | 21.00 | 301.90 | | | | State W/H | 21.04 | 239.58 |
| | | | | | | | | Local | 13.26 | 153.10 |

| EARNINGS | DEDUCTIONS | TAXES | NET | YTD EARNINGS | YTD DEDUCTIONS | YTD TAXES | YTD NET |
|---|---|---|---|---|---|---|---|
| 168.00 | 0.00 | 86.02 | 81.98 | 2,312.64 | 0.00 | 1,070.60 | 1,242.04 |

## Pay Stub 4

JI SHIANG INC

Prepared by: JEFFREY ENG CPA P.C.
EMP# NAME: LIRONG GAO
8281 147-38 DELAWARE AVE 2FL FLUSHING, NY 11355
SSN — Married - 7  CHECK DATE: 11/21/2010  CHECK#
PAY PERIOD: 11/15/2010 - 11/21/2010  11319

| DESCRIPTION | HOURS | RATE | AMOUNT | YTD AMOUNT | DEDUCTIONS | AMOUNT | YTD AMOUNT | TAXES | AMOUNT | YTD AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| Reg | 24.52 | 4.6500 | 114.02 | 2,426.66 | | | | FICA-SS | 29.36 | 578.81 |
| Reported Tips | | | 380.00 | 6,909.00 | | | | FICA-Med | 6.86 | 135.37 |
| MEALS | | | 21.00 | 322.90 | | | | State W/H | 9.02 | 248.60 |
| | | | | | | | | Local | 5.99 | 159.09 |

| EARNINGS | DEDUCTIONS | TAXES | NET | YTD EARNINGS | YTD DEDUCTIONS | YTD TAXES | YTD NET |
|---|---|---|---|---|---|---|---|
| 114.02 | 0.00 | 51.27 | 62.75 | 2,426.66 | 0.00 | 1,121.87 | 1,304.79 |

## Pay Stub 5

JI SHIANG INC

Prepared by: JEFFREY ENG CPA P.C.
EMP# NAME: LIRONG GAO
8281 147-38 DELAWARE AVE 2FL FLUSHING, NY 11355
SSN — Married - 7  CHECK DATE: 11/28/2010  CHECK#
PAY PERIOD: 11/22/2010 - 11/28/2010  11336

| DESCRIPTION | HOURS | RATE | AMOUNT | YTD AMOUNT | DEDUCTIONS | AMOUNT | YTD AMOUNT | TAXES | AMOUNT | YTD AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| Reg | 40.00 | 4.6500 | 186.00 | 2,612.66 | | | | FICA-SS | 68.17 | 646.98 |
| Reported Tips | | | 835.00 | 7,744.00 | | | | FICA-Med | 15.94 | 151.31 |
| MEALS | | | 23.10 | 346.00 | | | | Federal W/H | 41.22 | 41.22 |
| Overtime | 9.48 | 8.2750 | 78.45 | 78.45 | | | | State W/H | 50.19 | 298.79 |
| | | | | | | | | Local | 29.81 | 188.90 |

| EARNINGS | DEDUCTIONS | TAXES | NET | YTD EARNINGS | YTD DEDUCTIONS | YTD TAXES | YTD NET |
|---|---|---|---|---|---|---|---|
| 264.45 | 0.00 | 205.33 | 59.12 | 2,691.11 | 0.00 | 1,327.20 | 1,363.91 |

00029

**Prepared by: JEFFREY ENG CPA P.C.** — JI SHIANG INC

| EMP # | NAME: LIRONG GAO | | | SSN | Married - 7 | CHECK DATE | 12/5/2010 | CHECK # |
|---|---|---|---|---|---|---|---|---|
| 8281 | 147-38 DELAWARE AVE 2FL  FLUSHING, NY 11355 | | | | | PAY PERIOD | 11/29/2010 - 12/5/2010 | 11368 |

| DESCRIPTION | HOURS | RATE | AMOUNT | YTD AMOUNT | DEDUCTIONS | AMOUNT | YTD AMOUNT | TAXES | AMOUNT | YTD AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| Reg | 24.34 | 4.6500 | 113.18 | 2,725.84 | | | | FICA-SS | 22.08 | 669.06 |
| Reported Tips | | | 243.00 | 7,987.00 | | | | FICA-Med | 5.16 | 156.47 |
| MEALS | | | 21.00 | 387.00 | | | | Federal W/H | | 41.22 |
| Overtime | | 8.2750 | | 78.45 | | | | State W/H | 3.95 | 302.74 |
| | | | | | | | | Local | 2.60 | 191.50 |

| EARNINGS | DEDUCTIONS | TAXES | NET | YTD EARNINGS | YTD DEDUCTIONS | YTD TAXES | YTD NET |
|---|---|---|---|---|---|---|---|
| 113.18 | 0.00 | 33.79 | 79.39 | 2,804.29 | 0.00 | 1,360.99 | 1,443.30 |

---

**Prepared by: JEFFREY ENG CPA P.C.** — JI SHIANG INC

| EMP # | NAME: LIRONG GAO | | | SSN | Married - 7 | CHECK DATE | 12/12/2010 | CHECK # |
|---|---|---|---|---|---|---|---|---|
| 8281 | 147-38 DELAWARE AVE 2FL  FLUSHING, NY 11355 | | | | | PAY PERIOD | 12/6/2010 - 12/12/2010 | 11402 |

| DESCRIPTION | HOURS | RATE | AMOUNT | YTD AMOUNT | DEDUCTIONS | AMOUNT | YTD AMOUNT | TAXES | AMOUNT | YTD AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| Reg | 33.95 | 4.6500 | 157.87 | 2,883.71 | | | | FICA-SS | 38.75 | 707.81 |
| Reported Tips | | | 467.00 | 8,454.00 | | | | FICA-Med | 9.06 | 165.53 |
| MEALS | | | 21.00 | 388.00 | | | | Federal W/H | | 41.22 |
| Overtime | | 8.2750 | | 78.45 | | | | State W/H | 17.70 | 320.44 |
| | | | | | | | | Local | 11.37 | 202.87 |

| EARNINGS | DEDUCTIONS | TAXES | NET | YTD EARNINGS | YTD DEDUCTIONS | YTD TAXES | YTD NET |
|---|---|---|---|---|---|---|---|
| 157.87 | 0.00 | 76.88 | 80.99 | 2,962.16 | 0.00 | 1,437.87 | 1,524.29 |

---

**Prepared by: JEFFREY ENG CPA P.C.** — JI SHIANG INC

| EMP # | NAME: LIRONG GAO | | | SSN | Married - 7 | CHECK DATE | 12/19/2010 | CHECK # |
|---|---|---|---|---|---|---|---|---|
| 8281 | 147-38 DELAWARE AVE 2FL  FLUSHING, NY 11355 | | | | | PAY PERIOD | 12/13/2010 - 12/19/2010 | 11473 |

| DESCRIPTION | HOURS | RATE | AMOUNT | YTD AMOUNT | DEDUCTIONS | AMOUNT | YTD AMOUNT | TAXES | AMOUNT | YTD AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| Reg | 35.50 | 4.6500 | 165.08 | 3,049.63 | | | | FICA-SS | 44.65 | 752.50 |
| Reported Tips | | | 555.00 | 9,009.00 | | | | FICA-Med | 10.44 | 175.99 |
| MEALS | | | 21.00 | 409.00 | | | | Federal W/H | | 41.22 |
| Overtime | | 8.2750 | | 78.45 | | | | State W/H | 24.06 | 344.56 |
| | | | | | | | | Local | 14.93 | 217.83 |

| EARNINGS | DEDUCTIONS | TAXES | NET | YTD EARNINGS | YTD DEDUCTIONS | YTD TAXES | YTD NET |
|---|---|---|---|---|---|---|---|
| 165.08 | 0.00 | 94.08 | 71.00 | 3,128.08 | 0.00 | 1,532.10 | 1,595.98 |

---

**Prepared by: JEFFREY ENG CPA P.C.** — JI SHIANG INC

| EMP # | NAME: LIRONG GAO | | | SSN | Married - 7 | CHECK DATE | 12/26/2010 | CHECK # |
|---|---|---|---|---|---|---|---|---|
| 8281 | 147-38 DELAWARE AVE 2FL  FLUSHING, NY 11355 | | | | | PAY PERIOD | 12/20/2010 - 12/26/2010 | 11498 |

| DESCRIPTION | HOURS | RATE | AMOUNT | YTD AMOUNT | DEDUCTIONS | AMOUNT | YTD AMOUNT | TAXES | AMOUNT | YTD AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| Reg | 32.80 | 4.6500 | 152.52 | 3,202.15 | | | | FICA-SS | 39.46 | 791.96 |
| Reported Tips | | | 484.00 | 9,493.00 | | | | FICA-Med | 9.23 | 185.22 |
| MEALS | | | 21.00 | 430.00 | | | | Federal W/H | | 41.22 |
| Overtime | | 8.2750 | | 78.45 | | | | State W/H | 18.39 | 362.95 |
| | | | | | | | | Local | 11.80 | 229.63 |

| EARNINGS | DEDUCTIONS | TAXES | NET | YTD EARNINGS | YTD DEDUCTIONS | YTD TAXES | YTD NET |
|---|---|---|---|---|---|---|---|
| 152.52 | 0.00 | 78.88 | 73.64 | 3,280.60 | 0.00 | 1,610.98 | 1,669.62 |

---

**Prepared by: JEFFREY ENG CPA P.C.** — JI SHIANG INC

| EMP # | NAME: LIRONG GAO | | | SSN | Married - 7 | CHECK DATE | 01/02/2011 | CHECK # |
|---|---|---|---|---|---|---|---|---|
| 8281 | 147-38 DELAWARE AVE 2FL  FLUSHING, NY 11355 | | | | | PAY PERIOD | 12/27/2010 - 01/02/2011 | 11532 |

| DESCRIPTION | HOURS | RATE | AMOUNT | YTD AMOUNT | DEDUCTIONS | AMOUNT | YTD AMOUNT | TAXES | AMOUNT | YTD AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| Reg | 30.22 | 5.0000 | 151.10 | 151.10 | | | | FICA-SS | 28.51 | 28.51 |
| Reported Tips | | | 480.00 | 480.00 | | | | FICA-Med | 9.15 | 9.15 |
| MEALS | | | 21.00 | 21.00 | | | | State W/H | 18.07 | 18.07 |
| | | | | | | | | Local | 11.60 | 11.60 |

| EARNINGS | DEDUCTIONS | TAXES | NET | YTD EARNINGS | YTD DEDUCTIONS | YTD TAXES | YTD NET |
|---|---|---|---|---|---|---|---|
| 151.10 | 0.00 | 65.33 | 85.77 | 151.10 | 0.00 | 65.33 | 85.77 |

### Stub 1

Prepared by: JEFFREY ENG CPA P.C. — JI SHIANG INC

| EMP # | NAME | LIRONG GAO | | SSN | | Married - 7 | CHECK DATE: | 01/09/2011 | | CHECK # |
|---|---|---|---|---|---|---|---|---|---|---|
| 8281 | | 147-38 DELAWARE AVE 2FL | FLUSHING, NY 11355 | | | | PAY PERIOD: | 01/03/2011 - 01/09/2011 | | 11634 |

| DESCRIPTION | HOURS | RATE | AMOUNT | YTD AMOUNT | DEDUCTIONS | AMOUNT | YTD AMOUNT | TAXES | AMOUNT | YTD AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| Reg | 24.23 | 5.0000 | 121.15 | 272.25 | | | | FICA-SS | 21.01 | 47.52 |
| Reported Tips | | | 379.00 | 859.00 | | | | FICA-Med | 7.25 | 16.40 |
| MEALS | | | 21.00 | 42.00 | | | | State W/H | 10.39 | 28.46 |
| | | | | | | | | Local | 6.80 | 18.40 |

| EARNINGS | DEDUCTIONS | TAXES | NET | YTD EARNINGS | YTD DEDUCTIONS | YTD TAXES | YTD NET |
|---|---|---|---|---|---|---|---|
| 121.15 | 0.00 | 45.45 | 75.70 | 272.25 | 0.00 | 110.78 | 161.47 |

### Stub 2

Prepared by: JEFFREY ENG CPA P.C. — JI SHIANG INC

| EMP # | NAME | LIRONG GAO | | SSN | | Single - 3 | CHECK DATE: | 01/16/2011 | | CHECK # |
|---|---|---|---|---|---|---|---|---|---|---|
| 8281 | | 41-34 FRAME PLACE LB | FLUSHING, NY 11355 | | | | PAY PERIOD: | 01/10/2011 - 01/16/2011 | | 11660 |

| DESCRIPTION | HOURS | RATE | AMOUNT | YTD AMOUNT | DEDUCTIONS | AMOUNT | YTD AMOUNT | TAXES | AMOUNT | YTD AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| Reg | 30.03 | 5.0000 | 150.15 | 422.40 | | | | FICA-SS | 26.07 | 72.59 |
| Reported Tips | | | 447.00 | 1,306.00 | | | | FICA-Med | 8.66 | 25.06 |
| MEALS | | | 21.00 | 63.00 | | | | Federal W/H | 43.32 | 43.32 |
| | | | | | | | | State W/H | 21.57 | 50.03 |
| | | | | | | | | Local | 13.54 | 31.94 |

| EARNINGS | DEDUCTIONS | TAXES | NET | YTD EARNINGS | YTD DEDUCTIONS | YTD TAXES | YTD NET |
|---|---|---|---|---|---|---|---|
| 150.15 | 0.00 | 112.16 | 37.99 | 422.40 | 0.00 | 222.94 | 199.46 |

### Stub 3

Prepared by: JEFFREY ENG CPA P.C. — JI SHIANG INC

| EMP # | NAME | LIRONG GAO | | SSN | | Single - 3 | CHECK DATE: | 01/23/2011 | | CHECK # |
|---|---|---|---|---|---|---|---|---|---|---|
| 8281 | | 41-34 FRAME PLACE LB | FLUSHING, NY 11355 | | | | PAY PERIOD: | 01/17/2011 - 01/23/2011 | | 11692 |

| DESCRIPTION | HOURS | RATE | AMOUNT | YTD AMOUNT | DEDUCTIONS | AMOUNT | YTD AMOUNT | TAXES | AMOUNT | YTD AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| Reg | 32.95 | 5.0000 | 164.75 | 587.15 | | | | FICA-SS | 28.97 | 99.56 |
| Reported Tips | | | 470.00 | 1,776.00 | | | | FICA-Med | 9.31 | 34.37 |
| MEALS | | | 21.00 | 84.00 | | | | Federal W/H | 50.05 | 93.37 |
| Spread pay | 1.00 | 7.2500 | 7.25 | 7.25 | | | | State W/H | 24.64 | 74.67 |
| | | | | | | | | Local | 15.26 | 47.20 |

| EARNINGS | DEDUCTIONS | TAXES | NET | YTD EARNINGS | YTD DEDUCTIONS | YTD TAXES | YTD NET |
|---|---|---|---|---|---|---|---|
| 172.00 | 0.00 | 126.23 | 45.77 | 694.40 | 0.00 | 349.17 | 245.23 |

### Stub 4

Prepared by: JEFFREY ENG CPA P.C. — JI SHIANG INC

| EMP # | NAME | LIRONG GAO | | SSN | | Single - 3 | CHECK DATE: | 01/30/2011 | | CHECK # |
|---|---|---|---|---|---|---|---|---|---|---|
| 8281 | | 41-34 FRAME PLACE LB | FLUSHING, NY 11355 | | | | PAY PERIOD: | 01/24/2011 - 01/30/2011 | | 11725 |

| DESCRIPTION | HOURS | RATE | AMOUNT | YTD AMOUNT | DEDUCTIONS | AMOUNT | YTD AMOUNT | TAXES | AMOUNT | YTD AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| Reg | 32.42 | 5.0000 | 162.10 | 749.25 | | | | FICA-SS | 25.14 | 124.70 |
| Reported Tips | | | 422.00 | 2,198.00 | | | | FICA-Med | 8.66 | 43.05 |
| MEALS | | | 21.00 | 105.00 | | | | Federal W/H | 43.54 | 136.91 |
| Spread pay | 2.00 | 7.2500 | 14.50 | 21.75 | | | | State W/H | 21.67 | 96.34 |
| | | | | | | | | Local | 13.60 | 60.80 |

| EARNINGS | DEDUCTIONS | TAXES | NET | YTD EARNINGS | YTD DEDUCTIONS | YTD TAXES | YTD NET |
|---|---|---|---|---|---|---|---|
| 176.60 | 0.00 | 112.63 | 63.97 | 771.00 | 0.00 | 461.80 | 309.20 |

### Stub 5

Prepared by: JEFFREY ENG CPA P.C. — JI SHIANG INC

| EMP # | NAME | LIRONG GAO | | SSN | | Single - 3 | CHECK DATE: | 02/06/2011 | | CHECK # |
|---|---|---|---|---|---|---|---|---|---|---|
| 8281 | | 41-34 FRAME PLACE LB | FLUSHING, NY 11355 | | | | PAY PERIOD: | 01/31/2011 - 02/06/2011 | | 11769 |

| DESCRIPTION | HOURS | RATE | AMOUNT | YTD AMOUNT | DEDUCTIONS | AMOUNT | YTD AMOUNT | TAXES | AMOUNT | YTD AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| Reg | 39.25 | 5.0000 | 196.25 | 945.50 | | | | FICA-SS | 36.32 | 161.02 |
| Reported Tips | | | 654.00 | 2,852.00 | | | | FICA-Med | 12.54 | 55.59 |
| MEALS | | | 21.00 | 126.00 | | | | Federal W/H | 83.46 | 220.37 |
| Spread pay | 2.00 | 7.2500 | 14.50 | 36.25 | | | | State W/H | 39.90 | 136.24 |
| | | | | | | | | Local | 23.95 | 84.75 |

| EARNINGS | DEDUCTIONS | TAXES | NET | YTD EARNINGS | YTD DEDUCTIONS | YTD TAXES | YTD NET |
|---|---|---|---|---|---|---|---|
| 210.75 | 0.00 | 196.17 | 14.58 | 981.75 | 0.00 | 657.97 | 323.78 |

Prepared by: JEFFREY ENG CPA P.C.

JI SHIANG INC

| EMP# | NAME: LIRONG GAO | | | SSN | | Single -3 | CHECK DATE | 02/13/2011 | | CHECK# |
|---|---|---|---|---|---|---|---|---|---|---|
| 8281 | 41-34 FRAME PLACE LB | | | FLUSHING, NY 11355 | | | PAY PERIOD: | 02/07/2011 - 02/13/2011 | | 11804 |

| DESCRIPTION | HOURS | RATE | AMOUNT | YTD AMOUNT | DEDUCTIONS | AMOUNT | YTD AMOUNT | TAXES | AMOUNT | YTD AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| Reg | 28.67 | 5.0000 | 143.35 | 1,088.85 | | | | FICA-SS | 28.52 | 189.54 |
| Reported Tips | | | 514.00 | 3,366.00 | | | | FICA-Med | 9.85 | 65.44 |
| MEALS | | | 21.00 | 147.00 | | | | Federal W/H | 55.62 | 275.99 |
| Spread pay | 3.00 | 7.2500 | 21.76 | 58.00 | | | | State W/H | 27.18 | 163.42 |
| | | | | | | | | Local | 16.70 | 101.45 |

| EARNINGS | DEDUCTIONS | TAXES | NET | YTD EARNINGS | YTD DEDUCTIONS | YTD TAXES | YTD NET |
|---|---|---|---|---|---|---|---|
| 165.10 | 0.00 | 137.87 | 27.23 | 1,146.85 | 0.00 | 795.84 | 351.01 |