# EXHIBIT E

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

LI RONG GAO AND XIAO HONG ZHENG,
INDIVIDUALLY, AND ON BEHALF OF OTHERS
SIMILARLY SITUATED,

                        Plaintiffs,

-against-

PERFECT TEAM CORP. d/b/a GUANG ZHOU
RESTAURANT, JI SHIANG, INC. d/b/a GUANG
ZHOU RESTAURANT, FENG LIN, CHUN
KIT CHENG a/k/a JUN ZIE ZHENG, JIA LI WANGE
AND CHEUK PING CHEN,

                        Defendants.
-----------------------------------------------------------x

10-CV-1637
(ENV) (CLP)

**DEFENDANTS'
STATEMENT
PURSUANT TO
RULE 26**

Defendants Ji Shiang, Inc. ("Ji Shiang") and Feng Lin ("Lin") (collectively "Defendants"), by their attorneys, Certilman Balin Adler & Hyman, LLP, hereby provide the following pursuant to Rule 26 of the Federal Rules of Civil Procedure:

    1.    Rule 26(a)(1)(A), Witnesses: It is anticipated that the following persons will be called as witnesses in this matter: Feng Lin c/o Ji Shiang, Inc., 136-59 37th Avenue, 2nd Floor, Flushing, New York 11354, (718) 888-9996 (information regarding payroll, the formation of Ji Shiang and business transactions of Ji Shiang); other individuals who are or were employed by Ji Shiang.

    2.    Rule 26(a)(1)(B), Documents: Payroll, time and personnel records; documents relating to the formation of Ji Shiang; business transaction documents of Ji Shiang.

    3.    Rule 26(a)(1)(C), Damages: Not Applicable.

2235917-1

4. Rule 26(a)(1)(D), Insurance: Not Applicable.

This automatic disclosure statement may be amended at a later time if additional information becomes available.

Dated:   East Meadow, New York
         June 7, 2010

                                    Yours, etc.,

                                    CERTILMAN BALIN ADLER & HYMAN, LLP

                                    By: _____
                                    Douglas E. Rowe, Esq. (DER 6261)
                                    Attorneys for Defendants
                                    Ji Shiang, Inc. and Feng Lin
                                    90 Merrick Avenue – 9th Floor
                                    East Meadow, New York 11747
                                    (516) 296-7000