# EXHIBIT G

# STATE OF NEW YORK

# DEPARTMENT OF STATE

I hereby certify that the annexed copy has been compared with the original document in the custody of the Secretary of State and that the same is a true copy of said original.



WITNESS my hand and official seal of the Department of State, at the City of Albany, on December 24, 2009.

Daniel E. Shapiro
First Deputy Secretary of State

Rev. 06/07

< tr>
OPALID: 266369

F06030800057 2

New York State
Department of State
Division of Corporations, State Records
and Uniform Commercial Code
Albany, NY 12231

(This form must be printed or typed in black ink)

# CERTIFICATE OF INCORPORATION
# OF

PERFECT TEAM Corporation
*(Insert corporate name)*

Under Section 402 of the Business Corporation Law

**FIRST:** The name of the corporation is: PERFECT TEAM Corporation

**SECOND:** This corporation is formed to engage in any lawful act or activity for which a corporation may be organized under the Business Corporation Law, provided that it is not formed to engage in any act or activity requiring the consent or approval of any state official, department, board, agency or other body without such consent or approval first being obtained.

**THIRD:** The county, within this state, in which the office of the corporation is to be located is: Queens

**FOURTH:** The total number of shares which the corporation shall have authority to issue and a statement of the par value of each share or a statement that the shares are without par value are: 200 No Par Value

**FIFTH:** The Secretary of State is designated as agent of the corporation upon whom process against the corporation may be served. The address to which the Secretary of State shall mail a copy of any process accepted on behalf of the corporation is:

THE CORPORATION

56-50 Main Street

Flushing, NY 11355 USA

**SIXTH:** *(optional - the existence of the corporation begins on the date the certificate of incorporation is filed by the Department of State. Corporate existence may begin on a date, not to exceed 90 days, after the date of filing by the Department of State. Complete this paragraph only if you wish to have the corporation's existence begin on a later date, which is not more than 90 days after the date of filing by the Department of State.)* The date corporate existence shall begin is:

OPALID: 266369

F 060308000592

## Incorporator Information Required

X<u>CHUN KIT CHENG</u>
(Signature)

<u>CHUN KIT CHENG</u>
(Type or print name)

<u>47-25 203rd Street</u>

(Address)

<u>Bayside , NY   11361   USA</u>
(City, State, Zip code, and Country)

---

## CERTIFICATE OF INCORPORATION OF

<u>PERFECT TEAM Corporation</u>
(Insert corporate name)
Under Section 402 of the Business Corporation Law

2005 MAR -3 PM 12: 50

STATE OF NEW YORK
DEPARTMENT OF STATE
FILED

MAR -3 2005

TAX $ 10

BY: 

---

Filed by: <u>DENNIS B. LAN, ESQ</u>
(Name)

<u>39-01 MAIN STREET, SUITE 504</u>

(Mailing address)

<u>FLUSHING , NY   11354   USA</u>
(City, State, Zip code, and Country)

Note: This online form was prepared by the NYS Department of State and the NYS Governor's Office of Regulatory Reform for filing a certificate of incorporation for a business corporation. It does not contain all option provisions under the law. You are not required to use this form.

You may draft you own form or use forms available at legal stationery stores. The Department of State recommends that legal documents be prepared under the guidance of an attorney. The fee for a certificate of incorporation is $125 plus the applicable tax on shares required by Section 180 of the Tax Law. The minimum tax on shares is $10. The tax on 200 no par value shares is $10 (total $135) The certificate must be submitted with filing fee and applicable tax.

2

611