# EXHIBIT H

```
                                                                    1
 1

 2    UNITED STATES DISTRICT COURT
      EASTERN DISTRICT OF NEW YORK
 3
      - - - - - - - - - - - - - - - - - - - - - - - - - - -X
 4
      LI RONG GAO, SHU F. JIANG and XIAO HONG ZHENG,
 5
              Individually and on behalf of all others
 6              similarly situated,

 7    WEI S. TAN and WEI J. WU, Individually,

 8                      Plaintiffs,

 9              -against-                    Case No.
                                             10-CIV-1637
10

11    PERFECT TEAM CORPORATION d/b/a GUANG ZHOU RESTAURANT,
      JI SHIANG, INC., d/b/a GUANG ZHOU RESTAURANT, FENG
12    LIN, CHUN KIT CHENG a/k/a JUN JIE ZHENG, JIA LI WANG
      and ZHUO PING CHEN a/k/a CHEUK PING CHEN,
13
                      Defendants.
14    - - - - - - - - - - - - - - - - - - - - - - - - - - -X

15                              123 William Street
                                New York, New York
16
                                July 7, 2011
17                              9:38 a.m.

18

19              DEPOSITION of JIA LI WANG, a Defendant

20    in the above-entitled action, held at the above time

21    and place, taken before Joanna Mystkowski, a Notary

22    Public of the State of New York, pursuant to the

23    Federal Rules of Civil Procedure and stipulations

24    between Counsel.

25                                              ORIGINAL
```

2

1

2     A P P E A R A N C E S

3

4     URBAN JUSTICE CENTER
                    Attorneys for the Plaintiffs
5                   123 William Street – 16th floor
                    New York, New York 10038
6
      By:     DAVID COLODNY, ESQ.
7             AMY TAI, ESQ.

8

9     LAW OFFICES OF BENJAMIN B. XUE, PC
                    Attorneys for the Defendants
10                  Ji Shiang, Inc. d/b/a Guang Zhou
                    Restaurant and Feng Lin
11                  401 Broadway – suite 1009
                    New York, New York 10013
12
      By:     BENJAMIN B. XUE, ESQ.
13

14
      SAMUEL CHUANG, ESQ.
15                  Attorney for the Defendants
                    Perfect Team Corporation,
16                  Chun Kit Cheng and Jia Li Wang
                    135-11 40th Road – suite 4C
17                  Flushing, New York 11354

18

19    ALSO PRESENT:

20    TINA ZHENG – Mandarin Interpreter

21    CHUN KIT CHENG

22    SEBASTIAN SANCHEZ

23

24

25

3

1

2                         STIPULATIONS

3

4             IT IS HEREBY STIPULATED AND AGREED, by

5    and between the attorneys for the respective parties

6    hereto, that the filing, sealing and certification of

7    the within deposition shall be and the same are

8    hereby waived;

9

10            IT IS FURTHER STIPULATED AND AGREED

11   that all objections, except as to form of the

12   question, shall be reserved to the time of the trial;

13

14            IT IS FURTHER STIPULATED AND AGREED

15   that the within deposition may be signed before any

16   Notary Public with the same force and effect as if

17   signed and sworn to before the Court.

18

19               *            *            *

20

21

22

23

24

25

4

1

2      T I N A    Z H E N G,

3              having first been duly sworn by a Notary

4              Public of the State of New York, to

5              accurately and faithfully translate from

6              English to Mandarin and Mandarin to English,

7              the best of their ability, is as follows:

8      J I A    L I    W A N G,

9              having been first duly sworn by a Notary

10             Public of the State of New York was

11             examined and testified as follows:

12     EXAMINATION BY

13     MR. COLODNY:

14             Q    State your full name for the record.

15             A    Jia Li Wang.

16             Q    State your address for the record.

17             A    6456 Cloverdale Boulevard, Bayside, New

18     York 11364.

19             MR. COLODNY:  Good morning, everyone.

20             I know Mr. Chuang wanted to ask a couple

21             of questions of the interpreter.  Before we

22             do that, I just want to identify who is in

23             the room.

24             Today is July 7, 2011 and we're here at

25             the offices of the Urban Justice Center at

33

1                           JIA LI WANG

2              A     Yes.

3              Q     Did you have to meet with anyone to

4    discuss your qualifications for the job?

5              A     No.

6              Q     Before you started working at Guang

7    Zhou Restaurant, did anyone tell you what you would

8    be paid for your work?

9              A     Are you talking about before I start

10   working there or --

11             Q     Yes.  Before you started working?

12             A     Yes, my husband.

13             Q     What did he tell you about how much you

14   would be paid?

15             A     He said we'll see.

16             Q     After you started working at the

17   restaurant, did you ever discuss with anyone how much

18   you would be paid for your work?

19             A     After I started working I talked to my

20   husband.

21             Q     What did you discuss?

22             A     How much he paying me.

23             Q     And what did he say about how much you

24   would be paid?

25             A     He said it doesn't matter, I'll pay you

34

1                          JIA LI WANG

2    two thousand.

3          Q    Does that mean two thousand dollars per

4    month?

5          A    Yes.

6          Q    Approximately how long after you

7    started working at the restaurant did you first get

8    paid?

9          A    I was paid when I start working, when

10   it was opening.

11         Q    During the period between June 2007 and

12   June 2009, was your salary always two thousand

13   dollars per month?

14              MR. CHUANG:  When you get a chance,

15          thank you.

16         A    Yes.

17              MR. COLODNY:  Mr. Chuang, did you want

18          to break or --

19              MR. CHUANG:  Yeah, when you get a

20          moment at a convenient time, five minutes.

21              MR. COLODNY:  Okay.  Let's go ahead and

22          take a break right now.  We can go off the

23          record.  Thank you.

24              (Whereupon, a short recess was taken.)

25         Q    Ms. Wang, during the break that we just

44

```
 1                         JIA LI WANG
 2            Q     Yes.
 3            A     Let me think about it.  At one point
 4      normally I come before 11:30.
 5            Q     For how long of a period of time did
 6      you normally go to the restaurant before 11:30?
 7            A     Like on Saturdays, I'm already there by
 8      11:30.
 9            Q     Earlier when I asked you about your
10      schedule you said you were always there.  What did
11      you mean when you said you were always there?
12            A     Normally I'm always there.  I never
13      have a full day off like normally when you have --
14      people have a full day off, I never have a full day
15      off.
16            Q     So is it correct that you normally
17      worked seven days per week between June 2007 and June
18      2009?
19            A     Normally, approximately, but I don't
20      quite remember.
21            Q     Approximately how many hours per day
22      did you normally work on the days that you worked?
23            A     I don't quite remember.  If I have my
24      booklet, I can tell you exactly, but I don't have my
25      booklet so I can't really remember.
```

46

```
 1                         JIA LI WANG

 2          Q      Did you normally stay at the restaurant

 3     until all the customers had left?

 4          A      Normally.

 5          Q      Isn't it true that in addition to being

 6     a cashier you were also a manager at Guang Zhou

 7     Restaurant?

 8          A      After Mr. Lai left.

 9          Q      When did Mr. Lai leave?

10          A      January of 2008.

11          Q      Sorry, that was January 2008?

12          A      Yeah, January 2008.

13          Q      How did you know that you were going to

14     be a manager when Mr. Lai left?

15          A      What do you mean how do I know?

16                 THE INTERPRETER:  She want to repeat

17           the whole question again.

18          Q      Let me ask a different question.  Are

19     you the one that decided that you would be a manager?

20          A      Not really.

21          Q      Who decided?

22          A      Nobody decided.

23          Q      So how did you know that you should

24     start acting as a manager?

25          A      Because there is no longer a manager so
```

47

1                    JIA LI WANG

2    I want to do my best to help my husband.

3         Q    Did you tell your husband that you were

4    going to be the manager?

5         A    You mean I'm suggesting to my husband?

6         Q    Yes.  I'm asking whether you ever told

7    your husband that you were going to be the manager?

8         A    Yes.

9         Q    After you became a manager, were you a

10   manager up until the time the restaurant closed on

11   June 1st, 2009?

12        A    I want to clarify something.  I told my

13   husband okay, right now there is no manager so we'll

14   do it ourselves.

15        Q    And what did he say?

16        A    Up to you.

17             MS. TAI:  I just want to clarify the

18             translation was -- the direct translation

19             would be whatever you want.

20             MR. COLODNY:  Is that a fair

21             translation?

22             THE INTERPRETER:  Yeah, it doesn't

23             matter.  I mean, yeah, it's fine.  Yes.

24             MR. COLODNY:  Does anyone have an

25             objection to that?

48

1                           JIA LI WANG

2              MR. XUE:  I actually did not hear the

3          answer because it was little bit low.

4              MR. CHUANG:  No objection.

5          Q    Is it correct that from the time you

6    became a manager in January 2008 until June 1st, 2009

7    that you were a manager during that whole time?

8          A    Yes.

9          Q    During the time that you were a

10   manager, were you also still a cashier?

11         A    Yes.

12         Q    Before June 1st, 2009, were there any

13   documents that said what your job title was or what

14   your responsibilities were at the restaurant?

15         A    No, but whatever my husband said,

16   that's it.

17         Q    Before June 1st, 2009 when you worked

18   at the restaurant, where were you located during the

19   day when you were working?

20             MR. XUE:  Object to form.

21             MR. COLODNY:  Well, I'll rephrase the

22          question.

23         Q    Before June 1st, 2009, where in the

24   restaurant did you normally spend your time during

25   the day?

54

                              JIA LI WANG

1

2    only a cashier, is it correct that you spent the

3    majority of your time working at the cash register or

4    handling take out orders?

5            A    Yes, but when the waiter or waitress is

6    busy, I will help them out.

7            Q    Is it correct that it was a small

8    amount of time that you spent helping out the waiters

9    and waitresses?

10           A    That's all depends, too.

11           Q    How many hours per week did you spend

12   helping out the waiters and waitresses during the

13   time you were a cashier?

14           A    Like I said before, when it gets busy.

15           Q    Can you give an approximation of how

16   often that happened or how many hours per week that

17   happened?

18           A    It's unable to explain.

19           Q    Before June 1st, 2009, did you ever

20   interview any employees who were looking for a job at

21   Guang Zhou Restaurant?

22           A    No.

23           Q    Before June 1st, 2009, did you ever

24   hire any people to work at Guang Zhou Restaurant?

25           A    Before '09?

55

1                    JIA LI WANG

2          Q    Before June 1st, 2009?

3          A    Yes.

4          Q    During what period of time did you hire

5    people to work at the restaurant?

6          A    Jiang Shu Fa.

7          Q    Did you hire any workers other than Shu

8    Fa Jiang?

9          A    Gai Li Rong.

10         Q    Are there any other workers that you

11   hired?

12         A    Cheuk Ping Chen.

13         Q    Are there any other workers that you

14   remember hiring?

15         A    De Run Wu.

16         Q    When did you hire Cheuk Ping Chen to

17   work at the restaurant?

18         A    Before Gao Li Rong.

19         Q    Do you remember approximately what

20   month or year you hired Cheuk Ping Chen?

21         A    Probably -- should be in 2008.

22         Q    When did you hire Wu De Run?

23         A    All I remember was he was after Wu Wei

24   Jian.

25         Q    Are there any other workers that you

56

1                          JIA LI WANG

2     remember hiring?

3              A     Shuang Shuang Zhang.

4              Q     When did you hire Mr. Zhang?

5              A     Should be in 2008.

6              Q     Are there any other workers that you

7     remember hiring?

8              A     Right now this is only I can recall.

9     I'm not sure if there is any others.

10             Q     I'm going to show you what we

11    previously marked as Plaintiff's Exhibit 2.  If you

12    could please look at the bottom of Page 4.  There are

13    several names at the bottom of the page.  Did you

14    hire any of these workers?

15             A     No.

16             Q     Can you turn the page to Page 5,

17    please.  There is a list of approximately twenty or

18    twenty-five names here.  If you could please take a

19    moment and let us know if you remember if you hired

20    any of these workers?

21             A     You want me to point it out for you?

22             Q     Could you read the name, please?

23             A     An Long Chen.

24                   MS. TAI:  Can you say that name again.

25                   THE WITNESS:  An Long Chen, A-N L-O-N-G

57

```
1                    JIA LI WANG

2          C-H-E-N.

3          Q    Approximately when did you hire An Long

4   Chen?

5          A    Probably 2008.

6          Q    Are there any other workers on this

7   list that you hired?

8          A    Wei Xiong Zhong.

9          Q    When did you hire Wei Xiong Zhong?

10         A    Should be '08.

11         Q    Are there any other workers on this

12  list that you hired?

13         A    Chen Zhou Ping.

14         Q    Anyone else?

15         A    Zhang Shuang Shuang.

16         Q    Is that the same person you mentioned

17  earlier?

18         A    Yes.

19         Q    Anyone else?

20         A    Gai Li Rong.

21         Q    Anyone else?

22         A    Some of them I don't remember.

23         Q    Okay.  Are there any other workers who

24  started working at the restaurant in 2008 that you

25  did not hire?
```

58

                              JIA LI WANG

1

2              MR. CHUANG:  Objection.  Confusing.

3         You may answer.

4         A    Okay.  I want to say something.  There

5    is a name Kevin in the list.  I want to say that

6    Kevin worked with me for a while as a manager.

7         Q    During what period of time was Kevin a

8    manager?

9         A    Before Gao Li Rong he was there only

10   for a few months.

11        Q    Other than you, who else hired workers

12   at the restaurant?

13        A    Kevin.

14        Q    Anyone else?

15        A    My husband.

16        Q    Anyone else?

17        A    No.

18        Q    So after Kevin left, is there anyone

19   who hired workers other than you and your husband?

20        A    No.

21        Q    There is a name in English on this list

22   on Page 5 K-A-V-I-E, do you see that?

23        A    Uh-huh.

24        Q    Is that person Kevin?

25        A    Yes.

59

1                    JIA LI WANG

2            Q     During the time before you became a

3    manager, did you hire any workers?

4            A     Before I became a manager?

5            Q     Yes.  Before you became a manager.

6            A     No.

7            Q     Before June 1st, 2009, did you ever

8    instruct workers on what to do at the restaurant?

9            A     Yes.

10           Q     During what period of time did you

11   instruct workers what to do?

12           A     Are you saying after I become a manager

13   or --

14           Q     Did you ever instruct workers on what

15   to do during the time that you were only a cashier?

16           A     No.

17           Q     Did you instruct workers what to do

18   after you became a manager?

19           A     Yes.

20           Q     What kinds of instructions did you

21   normally give to the workers?

22           A     Just told them to follow according

23   before Mr. Lai left, what Mr. Lai told them to do I

24   just told them the same original instructions.

25           Q     Before June 1st, 2009, did you ever

61

JIA LI WANG

1

2          A     After Kevin left.

3          Q     Did he continue to help you from the

4     time Kevin left until June 1st, 2009?

5          A     Yes.

6          Q     What did Feng Lin help you do to help

7     you make the schedules?

8          A     I just told him to copy what Kevin had

9     left.

10         Q     Did anyone have to make decisions about

11    what days or hours certain employees would work as

12    part of the schedule?

13         A     I do.

14         Q     Did you make those decisions by

15    yourself?

16         A     What kind of decisions?

17         Q     Did you make decisions yourself about

18    what days -- which employees would work which days or

19    which hours?

20         A     Yes.

21         Q     Did you do that throughout the time you

22    were a manager?

23         A     Yes.

24         Q     What did Chen Cheuk Ping do to help you

25    make schedules?

62
```
1                          JIA LI WANG
2           A     Same like before.
3           Q     During what period of time did Chen
4   Cheuk Ping help to make the schedules?
5           A     Same as after Kevin left.
6           Q     Did he continue to help until June 1st,
7   2009?
8           A     Yes.
9           Q     Did you ever help to make the schedules
10  during the time that you were only a cashier?
11          A     You mean before I became manager?
12          Q     Yes.
13          A     No.
14          Q     Did anyone give you any instruction on
15  how many hours you should assign to the waiters and
16  captains?
17          A     No.
18               MS. TAI:  Just to clarify, did you say
19            "jau" as in teach or did you say "jau" as
20            in tell her what to do?
21               THE INTERPRETER:  Jau is tell her what
22            to do.
23               MS. TAI:  Okay.
24          Q     Before June 1st, 2009, did you ever
25  promote any employees?
```

63

1                        JIA LI WANG

2            THE INTERPRETER:  Sorry, I'll stop

3        right now.

4            MR. XUE:  I'm going to object.

5        Q    I'll rephrase the question.  Before

6   June 1st, 2009 did you ever tell any employees that

7   their job at the restaurant was changing?

8            MR. XUE:  Objection to the question and

9        translation.  I don't understand the

10        question.

11            MR. COLODNY:  Did you understand the

12        question to translate?

13            THE INTERPRETER:  Zen zu, is that it?

14            MS. TAI:  I don't know if I can

15        respond.

16            MR. XUE:  Promotion, I don't think

17        there is anything about promotion.

18            MR. COLODNY:  The last question wasn't

19        promotion, it was just did you change

20        anyone's job at the restaurant.  Could you

21        read back the last question, please?

22            (Whereupon, the requested question was

23        read back by the reporter.)

24            THE INTERPRETER:  That's what I told

25        her.

64

1                              JIA LI WANG

2                    MR. COLODNY:  Do you mind repeating the

3           question?

4                    MR. XUE:  I will object to form.

5           Q     You can answer.

6           A     When?  When?  Time frame, after like

7    when I was in cashier or --

8           Q     Did you ever do that during the time

9    you were a cashier?

10          A     To change their jobs?

11          Q     Let me rephrase the question.  Did you

12   ever change anyone's job at the restaurant during the

13   time you were a cashier?

14          A     No.

15          Q     Did you do it during the time you were

16   a manager?

17          A     Yes.

18          Q     Do you remember the names of any

19   workers whose jobs you changed?

20          A     Yes.

21          Q     What are the names of those workers?

22          A     Zheng Xiao Hong.

23          Q     Any other workers?

24          A     Wei Shun Wu.

25          Q     Is there anyone else that you remember?

65

```
1                      JIA LI WANG
2           A    Lin Feng.
3           Q    Anyone else?
4           A    That's it.
5           Q    What was the change in position for
6    Xiao Hong Zheng?
7           A    Headwaiter.
8           Q    Did her position change from waiter to
9    headwaiter?
10          A    Yes.
11          Q    Are you the one that decided that she
12   would become a headwaiter?
13          A    Yes.
14          Q    Did anyone else help you make that
15   decision?
16          A    No.
17          Q    What was the change in position for Wei
18   Shun Wu?
19               THE INTERPRETER:  What's the name
20          again?
21               MS. TAI:  It's Wu Wei Shun.
22               MR. COLODNY:  Thank you.
23          A    Same as Xiao Hong Zheng.
24          Q    Who decided that Wu Wei Shun would
25   become a headwaiter?
```

66

1                          JIA LI WANG

2          A    I did.

3          Q    Did anyone help you make that decision?

4          A    No.

5          Q    What was the change in position for Lin

6    Lin Feng?

7          A    Same as Xiao Hong.

8          Q    Who decided there would be a change?

9          A    I did.

10         Q    Did anyone help you make that decision?

11         A    No.

12         Q    Did Zhou Ping Chen's position ever

13   change at the restaurant?

14         A    No, no change.

15         Q    Before June 1st, 2009, did you have any

16   responsibility for paying wages to the employees of

17   the restaurant?

18         A    Before?

19         Q    Before June 2009.

20         A    Before Mr. Lai, no.  After Mr. Lai

21   left, yes.

22         Q    What was your responsibility after

23   Mr. Lai left?

24         A    I said I do everything.

25         Q    Did you decide how much the waiters and

67

1                          JIA LI WANG

2    headwaiters would be paid?

3         A    I didn't change anything, I just follow

4    what Mr. Lai had left.

5         Q    What about for the workers who changed

6    positions, did you decide how much their wage would

7    be for the new position?

8         A    Yes.

9         Q    Other than you, was there anyone else

10   who had responsibility for deciding how much the

11   waiters and headwaiters should be paid after Mr. Lai

12   left?

13        A    No.

14        Q    Before June 1st, 2009, did you ever

15   hand money to the workers to pay them?

16        A    Yes.

17        Q    Did you ever do that during the time

18   you were only a cashier?

19        A    No.

20        Q    After Mr. Lai left, was there anyone

21   other than you that would hand money to the workers

22   to pay them?

23        A    No.

24        Q    When you were paying the workers, where

25   did you get the money to pay them?

74

```
1                          JIA LI WANG
2              MR. COLODNY:  Do you remember the
3         question to interpreter it again?
4         A     None of my business.
5         Q     Before June 1st, 2009, did you ever
6    fire any of the workers at Guang Zhou Restaurant?
7         A     On average, no.
8         Q     Does that mean you never fired anyone
9    before June 1st, 2009?
10        A     I don't quite remember.
11        Q     Did any employees get fired from Guang
12   Zhou Restaurant before June 1st, 2009?
13        A     I already answered that question.
14        Q     Well, my first question was whether you
15   fired anyone, now I'm asking whether anyone was ever
16   fired before June 1st, 2009.
17             MR. CHUANG:  If you know.
18        A     You mean before '09?
19        Q     Before June 1st, 2009.
20        A     I don't remember.
21        Q     Before June 1st, 2009, did you ever
22   warn or discipline any of the workers at Guang Zhou
23   Restaurant?
24        A     Yes.
25        Q     Do you remember the names of those
```

75

1                          JIA LI WANG

2     workers?

3              A     Yes.

4              Q     What were their names?

5              A     Xiao Hong Zheng.

6              Q     Anyone else?

7              A     I think there might be one time I spoke

8     to Gao Li Rong, I think.

9              Q     Anyone else?

10             A     Yes, Liang Zhiang.

11             Q     What was his title in the restaurant?

12             A     Headwaiter.

13             Q     Anyone else?

14             A     That's it.

15             Q     Earlier you said that you were paid two

16    thousand dollars per month; is that correct?

17             A     Uh-huh, yes.

18             Q     Did you receive that money in cash, in

19    a check or both?

20             A     Both.

21             Q     During what periods of time did you get

22    paid by check?

23             A     I don't remember.

24             Q     Did you ever receive a pay stub when

25    you got paid?

80

1                          JIA LI WANG

2     then how much, I don't know.

3              Q     Who hired Kevin?

4              A     I did.

5              Q     When did Kevin stop working at Guang

6     Zhou Restaurant?

7              A     Probably in July.

8              Q     Is that July of 2008?

9              A     Yes.

10             Q     Before June 1st, 2009, did the

11    restaurant keep any records of the number of hours

12    that any of the employees worked?

13             A     Yes.

14             Q     What records did the restaurant keep?

15             A     Schedules.

16             Q     Other than schedules, were there any

17    records?

18             A     No.

19             Q     What happened to the schedules that the

20    restaurant used before June 1st, 2009?

21                   MR. XUE:  Objection.  Object to

22               translation.

23                   MR. COLODNY:  Let me just rephrase the

24               question.

25             Q     Do you have any of the schedules that

82

1                              JIA LI WANG

2      possession of the schedules?

3              A     Maybe, it's possible.

4              Q     I'm going to show you what's been

5      marked as Plaintiff's Exhibit 4.  Ms. Wang, could you

6      please look at the first page, which is numbered

7      number eighteen on the bottom.  Do you recognize this

8      document?

9              A     Yes.

10             Q     What is it?

11             A     Schedule.

12             Q     Is this a schedule that was used at

13     Guang Zhou Restaurant before June 1st, 2009?

14             A     Yes.

15             Q     Who created this document?

16             A     Kevin.

17             Q     Please turn the page and look at the

18     second page which is numbered nineteen on the bottom.

19     Do you recognize this document?

20             A     Yes.

21             Q     What is it?

22             A     Schedule.

23             Q     Was this schedule used at Guang Zhou

24     restaurant before June 1st, 2009?

25             A     Looks like it.

83

1               JIA LI WANG

2          Q     Please look at the first column in the

3     third row right under the name Leo.  Is that

4     character representative of the name Gao Li Rong?

5          A     Yes.

6          Q     And if you look at the row next to her

7     name going across the page, is that her schedule for

8     that particular week?

9          A     Yes.

10          Q     If you look at the row immediately

11     under that one, is that the schedule for Xiao Hong

12     Zheng?

13          A     This is her schedule but why was it

14     marked -- somebody seems to be changing the schedule.

15          Q     Well, let me just ask is that her name

16     on the left side of the row?

17          A     Yes, it is.

18          Q     Please look at the first column, the

19     third row from the bottom, is that the schedule for

20     Wei Jian Wu for that week?

21          A     Which one you talking about?

22          Q     Is it the third row from the bottom?

23          A     What's the name again?  Repeat the

24     question.

25          Q     Do you see Wei Jian Wu's name on the

84

1                        JIA LI WANG

2   left side of the page near the bottom?

3          A    Yes.

4          Q    What was Wei Jian Wu's day off that

5   week?

6          A    Over here reads Tuesday.

7          Q    And immediately below that, is that Wei

8   Tan's schedule in the row below Wei Shen Tan?

9          A    Yes.

10         Q    Who created this document?

11         A    It's by headwaiter.  By the

12  headwaiters.

13         Q    Did the headwaiters actually type out

14  this document themselves?

15         A    I'm not sure who typed it up.

16         Q    Please turn the page.  The third page

17  is numbered twenty on the bottom corner.  Ms. Wang,

18  do you recognize this document?

19         A    Yes.

20         Q    What is it?

21         A    Schedule.

22         Q    Was this used at Guang Zhou Restaurant

23  prior to June 1st, 2009?

24         A    Yes.

25         Q    Who created this document?

123

```
 1

 2     UNITED STATES DISTRICT COURT
       EASTERN DISTRICT OF NEW YORK
 3
       - - - - - - - - - - - - - - - - - - - - - - - - - -X
 4
       LI RONG GAO, SHU F. JIANG and XIAO HONG ZHENG,
 5
                 Individually and on behalf of all others
 6                similarly situated,

 7     WEI S. TAN and WEI J. WU, Individually,

 8                     Plaintiffs,

 9                -against-              Case No.
                                        10-CIV-1637
10

11     PERFECT TEAM CORPORATION d/b/a GUANG ZHOU RESTAURANT,
       JI SHIANG, INC., d/b/a GUANG ZHOU RESTAURANT, FENG
12     LIN, CHUN KIT CHENG a/k/a JUN JIE ZHENG, JIA LI WANG
       and ZHUO PING CHEN a/k/a CHEUK PING CHEN,
13
                     Defendants.
14     - - - - - - - - - - - - - - - - - - - - - - - - - -X

15                          315 Madison Avenue
                            New York, New York
16
                            July 14, 2011
17                          2:07 p.m.

18

19

20          CONTINUED DEPOSITION of JIA LI WANG, a

21     Defendant in the above-entitled action, held at the

22     above time and place, taken before Joanna Mystkowski,

23     a Notary Public of the State of New York, pursuant to

24     the Federal Rules of Civil Procedure and stipulations

25     between Counsel.
```

ORIGINAL

124
1

2      A P P E A R A N C E S

3

4      URBAN JUSTICE CENTER
                    Attorneys for the Plaintiffs
5                   123 William Street - 16th floor
                    New York, New York 10038
6
       By:      DAVID COLODNY, ESQ.
7

8
       LAW OFFICES OF BENJAMIN B. XUE, PC
9                   Attorneys for the Defendants
                    Ji Shiang, Inc. d/b/a Guang Zhou
10                  Restaurant and Feng Lin
                    401 Broadway - suite 1009
11                  New York, New York 10013

12     By:      THOMAS FUNG, ESQ.

13

14     SAMUEL CHUANG, ESQ.
                    Attorney for the Defendants
15                  Perfect Team Corporation,
                    Chun Kit Cheng and Jia Li Wang
16                  135-11 40th Road - suite 4C
                    Flushing, New York 11354

17

18     ALSO PRESENT:

19     KA K. CHUI - Mandarin Interpreter

20

21

22

23

24

25

125

1

2   K A   K.   C H U I,

3           having first been duly sworn by a Notary

4           Public of the State of New York, to

5           accurately and faithfully translate from

6           English to Mandarin and Mandarin to English,

7           the best of their ability, is as follows:

8   J I A   L I   W A N G,

9           having been first duly sworn by a Notary

10          Public of the State of New York was

11          examined and testified as follows:

12  CONTINUED EXAMINATION BY

13  MR. COLODNY:

14          MR. COLODNY:  Today is July 14th, 2011.

15          We are at the offices of Bee Reporting,

16          315 Madison Avenue.  The interpreter today

17          is Ka K. Chui and in the room present in

18          addition to the court reporter and Mr. Chui

19          are the witness, Jia Li Wang, Samuel Chuang

20          and Thomas Fung, who is here from the

21          office of Benjamin Xue.

22          Q    Ms. Wang, good afternoon.  As you may

23  remember, my name is David Colodny.  We're here this

24  afternoon to continue the deposition that we began

25  last week.  Ms. Wang, just as a reminder you're still

133

```
1                        JIA LI WANG

2     Ms. Wang.

3               MR. COLODNY:  Could we mark that as

4          Plaintiff's Exhibit 7, please.

5               (Whereupon, documents were marked as

6          Plaintiff's Exhibit 7 for identification,

7          as of this date.)

8               MR. COLODNY:  For the record,

9          Plaintiff's Exhibit 7 is six pages long and

10         does not have Bates numbers on the bottom.

11         This is a document that was produced by the

12         defendants.

13              Q    Ms. Wang, could you please take a quick

14    look at the first four pages of this document.  Have

15    you ever seen these pages before?

16              A    Yes.

17              Q    What are these pages?

18              A    That's Li Rong Gao's chart of the

19    payroll.

20              Q    Ms. Wang, if you could look at the

21    first page, please.  Did you write any of the

22    information that's on this first page?

23              A    Her name, that was written by me.

24              Q    Is there anything else that you wrote

25    that is on that page?
```

134
1                          JIA LI WANG

2          A     Everything besides her own signature.

3     I wrote the rest.

4          Q     And is the same true for the next three

5     pages that you wrote everything on those pages except

6     for Ms. Gao's signature?

7          A     That's right.

8          Q     Do you know who created the form that

9     existed before you started writing information in it?

10          A     I don't know.

11          Q     Where were papers like this kept after

12     they were filled out?

13          A     Do you mind to repeat?

14          Q     Yes.  After these forms were filled in

15     with information, where were they kept?

16          A     Inside the company.

17          Q     Where inside the company?

18          A     In the office.

19          Q     If you could please look at the first

20     page.  And please look at the first column on the

21     left side of the page.  What does that say at the top

22     of column one?

23          A     Would you mind to point it out to me?

24          Q     Sure.  In the box in the chart that's

25     at the top left corner of the page, this box.

135

1                           JIA LI WANG

2              A     Last name and name.

3              Q     Is it correct that that's Li Rong Gao's

4     name right underneath?

5              A     Right.

6              Q     At the top of the page in the box next

7     to name, what does it say in that box?

8              A     Here?  This one, right?  The second?

9              Q     Yes, the second box over.

10             A     Date worked.

11             Q     Does that mean the number of days that

12    someone worked in a particular period of time?

13             A     Would you mind to repeat?

14             Q     Yes.  Is the information contained in

15    this column information about the number of days that

16    Ms. Gao worked during a particular time period?

17             A     Yes.

18             Q     If there's a box in that column that is

19    blank, how would you know how many days Ms. Gao

20    worked during that period of time?

21             A     Where is the blank that you're

22    referring to?

23             Q     In that column it's eight boxes below

24    the top and it's next to number 200 and it's blank.

25             A     In general within that half month of

136

                              JIA LI WANG

1

2    time when no days was taking off and then it would be

3    left blank just using the same number of days as the

4    one supposed to be.

5              MR. FUNG:  Objection.  Maybe you can

6          ask the interpreter to re-interpret that.

7          I think he missed a little bit of what the

8          witness said at the end.

9              MR. COLODNY:  Was there anything that

10         she added at the end?

11        A    When they didn't take off any days,

12   then it will be left blank.

13        Q    Okay.  In the column next to that,

14   there are several entries that say two hundred, do

15   you see those?

16        A    Yes.

17        Q    Does that mean that Ms. Gao's normal

18   rate of pay was two hundred dollars for half a month?

19        A    Yes.

20        Q    The next column has a box at the top

21   with some Chinese characters, do you see that box?

22        A    Yes.

23        Q    What does that box say?

24        A    "Check."

25        Q    It just says "check?"

137

```
 1                      JIA LI WANG

 2           A     Oh, are you talking about this box?

 3           Q     Yes.

 4           A     "Deduct check."

 5           Q     What type of information would go in

 6    that column if there's any information for any

 7    workers?

 8           A     I don't remember.

 9           Q     If you could look at the next column to

10    the right, please.  What does that say at the top in

11    the box at the top of that column?

12           A     "Actual wages paid."

13           Q     So in this document, the numbers that

14    are in this column show how much the restaurant paid

15    to Ms. Gao for each of the pay periods?

16           A     You're talking about this column,

17    right?

18           Q     Yes.

19           A     Yes.

20                 MR. COLODNY:  For the record, it's the

21                 column with the number at the top of 26.67

22                 and then below that there are two 193s and

23                 below that 160 and 200.

24           Q     Are those the amounts that were paid to

25    Ms. Gao each half a month during this time period?
```

138
1                         JIA LI WANG

2              A    Yes.

3              Q    And the column next to that has Ms.

4    Gao's signature; is that right?

5              A    Right.

6              Q    Did you ever observe workers sign forms

7    like this one?

8              A    Yes.

9              Q    Where would they actually sign pages

10   like this, where in the restaurant?

11             A    I don't remember which particular

12   location, but I know it's just -- it was inside the

13   restaurant.

14             Q    Did the restaurant require the workers

15   to sign these pages?

16             A    Well, these were signed by them.

17             Q    Did the restaurant ever ask workers to

18   sign?

19             A    I don't remember.  These were signed by

20   themselves.

21             Q    If you could look at the last column

22   that's the furthest to the right, please.  Is it

23   correct that this column represents the dates for

24   which Ms. Gao worked and was getting paid?

25             A    Yes.

139

1                        JIA LI WANG

2          Q    And according to this first page in

3    that first row it shows that Ms. Gao was working

4    April 29 to April 30, 2008; is that correct?

5                    THE INTERPRETER:  April 29?

6                    MR. COLODNY:  April 29 to April 30.

7                    THE INTERPRETER:  2008 did you say?

8                    MR. COLODNY:  Yes.

9          A    Yes.

10         Q    And if you turn to the fourth page of

11   this document, please.  On the right-hand side the

12   date at the bottom is 6/1/09, do you see that?

13         A    Yes.

14         Q    Does that mean that Ms. Gao worked at

15   the restaurant up until June 1st, 2009?

16         A    Yes.

17         Q    If you could continue looking on that

18   same page, Page 4, the second column from the left of

19   the page.  At the top of that column is a number

20   1.50.  Does that mean that Ms. Gao had one and a half

21   days off during that pay period?

22         A    Yes.

23         Q    Do you have any reason to believe that

24   the information filled in on this form for Ms. Gao is

25   not accurate?

140

1                            JIA LI WANG

2          A     Please repeat.

3          Q     Do you have any reason to believe that

4    the information filled in on this form for Ms. Gao is

5    not accurate?

6          A     Whatever she said, that's what I put

7    down.

8          Q     Well, would she tell you how many days

9    off she had in a particular pay period?

10         A     Yes.

11         Q     Did you keep any records other than

12   this of how many days she had off in a particular pay

13   period?

14              MR. FUNG:  Objection.  Just a little

15         misunderstanding between you and the

16         interpreter.  If you could just repeat.

17              MR. COLODNY:  Can you read back the

18   last

19         question, please?

20              (Whereupon, the requested question was

21         read back by the reporter.)

22         A     No.

23         Q     Do you have any reason to think that

24   this information about how many days she had off is

25   not correct?

```
 1                     JIA LI WANG

 2          A    I don't understand.

 3          Q    As far as you know, this information

 4   accurately reflects how many days off she had,

 5   doesn't it?

 6          A    As I said before, whatever she said,

 7   that's what I put down.

 8          Q    Well, do you think she was lying to

 9   you?

10          A    I don't know.

11          Q    If she said she didn't take any days

12   off, would you have paid her the full two hundred

13   dollars if you knew she had taken days off?

14               MR. CHUANG:  I'd like to ask a point of

15               clarification.  I think what she said

16               before was they have a certain set

17               schedule.  I think they're allowed whatever

18               days off, in this deposition and previous

19               deposition we mentioned.  This is in

20               addition to that regular time off; is that

21               correct?  I think normally they have like a

22               day and a half off or something.  This was

23               from the Li Rong Gao deposition.  This was

24               in addition to that day and a half; is that

25               correct?
```

142

1                    JIA LI WANG

2            MR. COLODNY:  Let me rephrase the

3        question.

4       Q    Isn't it correct that you would not

5   have paid Ms. Gao the full two hundred dollars if she

6   had taken time off that was in addition to the time

7   off already in her schedule?

8       A    I don't understand the question.

9       Q    Okay.  Please look at Page 4.  In the

10  second column from the left it says 1.50 near the top

11  of the page, do you see that?

12      A    Right here?

13      Q    Yes.  Near the top.

14      A    Right here?

15      Q    Yes.  Does that mean that Ms. Gao

16  worked one and a half days less than what she

17  regularly would have been scheduled to work?

18            MR. FUNG:  Objection.  There is a

19        mistake in translation.

20            MR. COLODNY:  What's the --

21            MR. FUNG:  Can I clarify?

22            MR. COLODNY:  Let the witness answer,

23        then we'll go back and clarify.

24            MR. FUNG:  Okay.

25      A    To answer this question?

143

```
1                        JIA LI WANG

2              Q     Please.

3              A     Would you mind to repeat that question

4       again?

5              Q     Let me ask it differently.  What does

6       that number mean?

7              A     She took off one and a half day.

8              Q     Okay.  Are those one and a half days in

9       addition to the one and a half days that she normally

10      had off per week?

11             A     Different.

12             Q     Can you turn to pages 5 and 6, please.

13      Have you ever seen these pages before?

14             A     I don't remember.

15             Q     Did the restaurant keep information

16      about workers on forms like this for people other

17      than Ms. Gao?

18             A     No.

19             Q     What about for Xiao Hong Zheng, are

20      there forms at the restaurant kept about what days

21      she worked and how much she was paid?

22             A     This type of form?

23             Q     Not this.  I can take that back, thank

24      you.  What I'm asking is whether the restaurant used

25      this type of form for other workers?
```

171

1                          JIA LI WANG

2            A      Just the wall.

3            Q      Which wall?

4            A      I don't have a clear recollection.

5            Q      Was the piece of paper written in

6    English or Chinese?

7            A      I don't remember.

8            Q      What did the piece of paper say about

9    the minimum wage?

10           A      That has about seven dollars and ten

11   cents as the minimum wage.

12           Q      Other than that number, did you read

13   anything else on that piece of paper?

14           A      They also mentioned something about

15   tips -- the wage for the servers that was a little

16   bit over four dollars.

17           Q      Is there anything else that the paper

18   said?

19           A      I don't remember.

20           Q      During what period of time was this

21   piece of paper posted on the wall at the restaurant?

22           A      I believe all the time.

23           Q      So was it on the wall up until the time

24   the restaurant closed on June 1st, 2009?

25           A      Yes, it did.

175

1                          JIA LI WANG

2          Q     During 2009 up until June 1st, what did

3    you think the minimum wage was?

4          A     I can't recall.  It was either seven

5    fifteen or something else.

6          Q     Did you ever calculate how much Guang

7    Zhou Restaurant was paying per hour to any of the

8    waiters or headwaiters?

9          A     These things happened a long time ago

10   and I just have difficulties recalling this kind of

11   information.

12         Q     Does that mean that you don't remember

13   if you did this?

14         A     Right.

15         Q     Do you know if anyone else at the

16   restaurant ever calculated how much the restaurant

17   was paying per hour to the waiters or headwaiters?

18         A     Do you want to repeat that?

19               MR. COLODNY:  Could you read back the

20            last question, please?

21               (Whereupon, the requested question was

22            read back by the reporter.)

23         A     I don't know.

24         Q     Isn't it true in 2008 you knew that the

25   restaurant was paying less than the minimum wage to

```
176
1                        JIA LI WANG
2    the waiters and headwaiters?
3            A    Do you mind repeat that again?
4                 MR. COLODNY:  Could you read back the
5             last question?
6                 (Whereupon, the requested question was
7             read back by the reporter.)
8            A    No, it was not.  No.
9            Q    In 2008, did you think that the
10   restaurant was paying an amount that was equal to or
11   greater than the minimum wage?
12           A    I don't understand.
13           Q    If you never calculated how much the
14   waiters and headwaiters were getting paid per hour,
15   how could you know whether the restaurant was paying
16   them the minimum wage?
17           A    I'm still not going to get it.  I'm
18   sorry.
19           Q    Did you have an understanding one way
20   or the other whether the restaurant was paying the
21   minimum wage to the waiters and headwaiters in 2008?
22           A    I have some trouble recalling things
23   happened in the past.
24           Q    Did you have any understanding in 2009
25   of whether the restaurant was paying the waiters and
```

177

```
 1                    JIA LI WANG
 2   headwaiters at least the minimum wage?
 3          A    Whatever Mr. Lai was doing, I was just
 4   following the same practice.
 5          Q    Well, that wasn't my question.
 6          MR. COLODNY:  Can you read back the
 7             last question, please.
 8             (Whereupon, the requested question was
 9             read back by the reporter.)
10          A    I still have trouble recalling if I had
11   ever had any understanding about this issue.
12          Q    Did you ever take any steps to
13   determine whether the restaurant was complying with
14   the minimum wage law?
15          A    I did post that poster.
16          Q    Did you ever take any steps to
17   determine whether the restaurant was paying the
18   workers at least the minimum wage?
19          A    I just following what Mr. Lai's own
20   practice, whatever he was doing before, I just did
21   the same thing.
22          Q    Do you know if anyone else at the
23   restaurant ever did anything to try to determine
24   whether the restaurant was paying the waiters and
25   headwaiters at least the minimum wage?
```

178

JIA LI WANG

1

2      A    I don't know.

3      Q    Have you ever heard of a legal

4  requirement that employers must pay higher wages when

5  people work more than forty hours per week?

6      A    Do you mind to repeat that question?

7      Q    Sure.  Have you ever heard of a legal

8  requirement that employers must pay higher wages when

9  employees work more than forty hours per week?

10      A    As I said before, whatever Mr. Lai had

11  been doing in the past, I did the same thing.

12      Q    Well, again, please just answer the

13  question that I'm asking.  My question was whether

14  you ever heard of a legal requirement that employers

15  must pay higher wages when employees work more than

16  forty hours per week?

17      A    We did post up the poster regarding the

18  minimum wage.  We did that.

19      Q    Did you ever hear of a legal

20  requirement called overtime?

21      A    I only knew that I had to post up that

22  minimum -- post up that poster regarding the minimum

23  wage.

24      Q    Other than putting up the poster, is

25  there anything you did to try to make sure the

179

1                    JIA LI WANG

2   restaurant was paying its workers the legal amount?

3        A    I don't quite remember.

4        Q    Do you know if anyone else at the

5   restaurant did anything before June 1st, 2009 to

6   comply with any labor laws?

7        A    I don't quite remember.

8        Q    Did Li Rong Gao or Xiao Hong Zheng ever

9   complain to you about the working conditions at the

10  restaurant?

11       A    What did they -- do what?  Do you mind

12  to ask again?

13       Q    Did Li Rong Gao or Xiao Hong Zheng ever

14  tell you that they were unhappy about any of the

15  working conditions at the restaurant?

16       A    No.

17       Q    Did either of them tell you they wanted

18  to receive more pay?

19            MR. CHUANG:  Objection.  Are you asking

20        if they asked for a raise or whether they

21        weren't paid enough?  If you can clarify,

22        please.

23       Q    I'm just asking if they wanted to

24  receive a higher wage.

25            MR. CHUANG:  Objection.  Confusing.

194

1                          JIA LI WANG

2     which part was incorrect.

3            Q     Isn't it true that the waiters and

4     headwaiters normally had a schedule where they worked

5     six days each week?

6            A     No.

7            Q     How many days per week did the waiters

8     and headwaiters normally work?

9            A     Five to five and a half days.

10           Q     How many hours was a half day?

11           A     I don't remember.

12           Q     Isn't it true that Li Rong Gao normally

13    worked five and a half days per week?

14           A     About right.

15           Q     Isn't it true that Xiao Hong Zheng

16    normally worked five and a half days per week?

17           A     That's right.

18           Q     Isn't it true Wei Shen Tan normally

19    worked five and a half days per week?

20           A     Right.

21           Q     Isn't it true that Wei Jian Wu normally

22    worked five and a half days per week?

23           A     Yes.

24           Q     Before June 1st, 2009, if the

25    restaurant wanted to hire a new worker, did it put