# EXHIBIT I

1

1

2    UNITED STATES DISTRICT COURT
     EASTERN DISTRICT OF NEW YORK

3    - - - - - - - - - - - - - - - - - - - - - - - - -X

4
     LI RONG GAO, SHU F. JIANG and XIAO HONG ZHENG,

5
              Individually and on behalf of all others
6             similarly situated,

7    WEI S. TAN and WEI J. WU, Individually,

8                      Plaintiffs,

9                 -against-                Case No.
                                           10-CIV-1637
10

11   PERFECT TEAM CORPORATION d/b/a GUANG ZHOU RESTAURANT,
     JI SHIANG, INC., d/b/a GUANG ZHOU RESTAURANT, FENG
12   LIN, CHUN KIT CHENG a/k/a JUN JIE ZHENG, JIA LI WANG
     and ZHOU PING CHEN a/k/a CHEUK PING CHEN,

13
                      Defendants.
14   - - - - - - - - - - - - - - - - - - - - - - - - -X

15                              Bee Reporting Depo Center
                                315 Madison Avenue
16                              New York, New York

17                              February 13, 2012
                                9:40 a.m.
18

19              DEPOSITION of CHUN KIT CHENG, a

20   Defendant in the above-entitled action, held at the

21   above time and place, taken before Joanna Mystkowski,

22   a Notary Public of the State of New York, pursuant to

23   the Federal Rules of Civil Procedure and stipulations

24   between Counsel.

25

COPY

```
2
 1

 2    A P P E A R A N C E S

 3

 4    URBAN JUSTICE CENTER
                    Attorneys for the Plaintiffs
 5                  123 William Street - 16th floor
                    New York, New York 10038
 6
      By:      AMY TAI, ESQ.
 7             DAVID COLODNY, ESQ.

 8

 9    LAW OFFICES OF BENJAMIN B. XUE, PC
                    Attorney for the Defendants
10                  Ji Shiang, Inc. d/b/a Guang Zhou
                    Restaurant and Feng Lin
11                  401 Broadway - suite 1009
                    New York, New York 10013
12
      By:      (NOT PRESENT)
13

14
      SAMUEL CHUANG, ESQ.
15                  Attorney for the Defendants
                    Perfect Team Corporation
16                  Chun Kit Cheng and Jia Li Wang
                    135-11 40th Road - suite 4C
17                  Flushing, New York 11354

18

19    ALSO PRESENT:

20    KA K. CHUI - Mandarin Interpreter

21    JIA LI WANG

22    THERESA CHALHOUB

23

24

25
```

3

1

2                                STIPULATIONS

3

4            IT IS HEREBY STIPULATED AND AGREED, by

5    and between the attorneys for the respective parties

6    hereto, that the filing, sealing and certification of

7    the within deposition shall be and the same are

8    hereby waived;

9

10            IT IS FURTHER STIPULATED AND AGREED

11   that all objections, except as to form of the

12   question, shall be reserved to the time of the trial;

13

14            IT IS FURTHER STIPULATED AND AGREED

15   that the within deposition may be signed before any

16   Notary Public with the same force and effect as if

17   signed and sworn to before the Court.

18

19                    *           *           *

20

21

22

23

24

25

```
4
 1

 2    K A   K.   C H U I,

 3              having first been duly sworn by a Notary

 4              Public of the State of New York, to

 5              accurately and faithfully translate from

 6              English to Mandarin and Mandarin to English,

 7              the best of their ability, is as follows:

 8    C H U N   K I T   C H E N G,

 9              having been first duly sworn by a Notary

10              Public of the State of New York was

11              examined and testified as follows:

12    BY THE REPORTER:

13              Q    State your full name for the record.

14              A    Chun Kit Cheng.

15              Q    State your address for the record.

16              A    64-56 Cloverdale Boulevard, Bayside,

17    New York 11364.

18              MS. TAI:  Today is February 13th, 2012.

19              This deposition is being conducted at a

20              deposition suite of Bee Court Reporting at

21              315 Madison Avenue in New York, New York.

22              Today we have present in the room the

23              court reporter, Joanna Mystkowski.  Myself,

24              Amy Tai and David Colodny, counsel for

25              Plaintiffs.  Samuel Chuang, counsel for the
```

51

CHUN KIT CHENG

1

2          A       I don't remember.

3          Q       Did she say if the business was doing

4     well?

5          A       Seldom.

6          Q       Did she tell you if the business was

7     doing poorly?

8          A       Sometimes, yes.

9          Q       What would she say when she said that

10    the business wasn't doing well?

11         A       Well, in general she would just say

12    that the cost of supplies increased a lot and the

13    profit margin is so thin.

14         Q       Did she say how much the costs were?

15         A       Well, I just cannot recall anything

16    about that.

17         Q       Did she say what the profit margin was?

18         A       Well, I don't recall at this time.

19         Q       So Mr. Cheng, were you the president of

20    Perfect Team?

21         A       Yes.

22         Q       When were you the president?

23         A       I have been the president all the time.

24         Q       Who decided you were going to be the

25    president?

67

```
 1                    CHUN KIT CHENG
 2          A     My schedule?  I don't have a work
 3     schedule.
 4          Q     Did you work at Guang Zhou Restaurant
 5     everyday?
 6          A     No.
 7          Q     How many days per week did you go to
 8     Guang Zhou Restaurant to work?
 9          A     It's hard to say.  Most of the time, I
10     would be there, but sometimes I was not there.
11          Q     So let's take 2007, how often would you
12     go to work?
13          A     About three to four days per week.
14          Q     How about in 2008?
15          A     That's about the same.
16          Q     And 2009?
17          A     About the same.
18          Q     So what time did you arrive at work?
19          A     It varies.
20          Q     What time did you usually get to work?
21          A     1:00 or 2:00 o'clock.
22          Q     In the afternoon?
23          A     Yes.
24          Q     What time did you finish work?
25          A     9:00 or 10:00 p.m.
```

68

CHUN KIT CHENG

1

2      Q      Did you sometimes arrive to work before

3   1:00 or 2:00 p.m.?

4      A      It happened.

5      Q      Did you sometimes work after 9:00 or

6   10:00 p.m.?

7      A      Sometimes when it was getting busy, it

8   happened.

9      Q      Okay.  Did you have a break when you

10   were working at Guang Zhou Restaurant?  And just to

11   clarify, I mean in a given day.

12      A      Yes.

13      Q      When would you have a break?

14      A      It varies.

15      Q      How long were your breaks usually?

16      A      Between half an hour to one hour.

17      Q      The three or four days that you went to

18   work, what days were they usually?

19      A      It depends.

20      Q      Did you usually go in on Saturday and

21   Sunday?

22      A      Sometimes, yes.  Sometimes, no.

23      Q      Did someone tell you when you were

24   required to get to work?

25      A      No.

69

```
 1                      CHUN KIT CHENG
 2          Q    So did you decide this for yourself?
 3          A    Correct.
 4          Q    Did you also decide for yourself when
 5   you would finish work?
 6          A    Yes.
 7          Q    From June 2007 to June 2009, did you
 8   interview or hire any employees at Guang Zhou
 9   Restaurant?
10          A    No.
11          Q    If you didn't interview the employees,
12   who interviewed employees?
13          A    Lai An.
14          Q    Was there anyone else?
15          A    No, I don't know.  Mainly it's him.
16          Q    From when to when was he in charge of
17   interviewing employees at Guang Zhou Restaurant?
18          A    From the time the restaurant opened
19   until the time he left the restaurant.
20          Q    So who interviewed potential employees
21   for Guang Zhou Restaurant after Lai An left?
22          A    Well, that would be those managers.
23          Q    Which managers?
24          A    The sales department manager.
25          Q    Sorry?
```

72

CHUN KIT CHENG

1

2   Q    Did you ever discuss with the sales
3   manager about hiring any employees?

4   A    No.

5   Q    Did you tell the sales manager that
6   they could hire employees?

7   A    No.

8   Q    If you wanted to hire an employee for
9   Guang Zhou Restaurant prior to 2009, could you?

10   A    No.

11   Q    If you didn't like one of the employees
12   that was hired, did you have any say in the matter?

13   A    I can't do anything.

14   Q    Did you ever recommend any employees to
15   the sales manager?

16   A    No.

17   Q    Who else besides the sales manager had
18   the power to hire employees at Guang Zhou Restaurant?

19   A    I don't believe there would be any
20   others.

21   Q    Who hired Jia Li Wang?

22   A    Lai An.

23   Q    Who hired Lai An?

24   A    That would be no one hired me or he.
25   It was me and him working together.

1                         CHUN KIT CHENG

2        Q    Isn't it true you were the boss of the

3  restaurant from June 2007 to June 2009?

4        A    Yes.

5        Q    So could someone else fire you if they

6  wanted to at the restaurant?

7        A    Yes.

8        Q    Who could fire you?

9        A    Lai An.

10       Q    Could someone fire Lai An?

11       A    No.

12       Q    So you had no ability to fire Lai An?

13       A    Yes.

14       Q    How about after Lai An left, could

15  someone fire you at the restaurant?

16       A    No.

17       Q    Could anyone fire Jia Li Wang if they

18  wanted to?

19       A    Which time period are you referring to?

20       Q    We can start from when the restaurant

21  first opened in June 2007.

22       A    Lai An.

23       Q    After Lai An left, could anyone fire

24  Jia Li Wang if they wanted to?

25       A    No one.

```
74
 1                      CHUN KIT CHENG

 2          Q    So you couldn't fire Jia Li Wang either

 3   after Lai An left?

 4          A    No way.  She's my wife.

 5          Q    Have you ever fired anyone at Guang

 6   Zhou Restaurant prior to June 2009?

 7               MR. CHUANG:  Objection.  Makes a

 8          statement about June 2009 about firing

 9          people, but you can answer the question.

10          A    No.

11          Q    So prior to June 2009, if you could

12   fire someone, an employee at the restaurant, could

13   you?

14               MR. CHUANG:  Sorry, can you read that

15          back?

16               (Whereupon, the requested question was

17          read back by the reporter.)

18               MS. TAI:  I can --

19               MR. CHUANG:  You presume the answer.

20               MS. TAI:  I can rephrase.

21          Q    Prior to June 2009, could you fire

22   employees at the restaurant if you wanted to?

23          A    I can't.  I couldn't.

24          Q    No?

25          A    No.
```

75

1                    CHUN KIT CHENG

2          Q     Why couldn't you fire -- why did you

3    not have the ability to fire someone at the

4    restaurant prior to June 2009?

5          A     Because it is not -- this was something

6    that's not in my jurisdiction.

7          Q     So who had the power to fire employees

8    at Guang Zhou Restaurant prior to June 2009?

9          A     Manager.

10         Q     Who was the manager?

11         A     I don't remember.

12         Q     Was there only one manager?

13         A     Yes.

14         Q     Just to be clear from June 2007 to June

15   2009, there was only one manager who could fire

16   employees at Guang Zhou Restaurant?

17         A     Any managers would have that kind of

18   power.

19         Q     My question was --

20               MS. TAI:  Can you read back my

21          question?

22               (Whereupon, the requested question was

23          read back by the reporter.)

24         A     More than one.

25         Q     How many managers were there?

76

CHUN KIT CHENG

1

2       A       I don't remember.

3       Q       Two?

4       A       I'm not so sure, really.

5       Q       Do you remember any of their names?

6       A       All I can remember is Kevin.

7       Q       And when did Kevin work at the

8   restaurant?

9       A       I don't recall.

10      Q       Isn't it true that Kevin left the

11  restaurant before June 2009?

12      A       I believe so.

13      Q       So after Kevin, what managers had the

14  power to fire employees?

15      A       I don't have that information.

16      Q       If someone wanted to fire a manager,

17  who would be the person to fire the manager?

18      A       Firing a manager?

19      Q       Yes.

20      A       Me.

21      Q       Have you fired any managers before?

22      A       No.

23      Q       So in addition to the ability to fire a

24  manager, could you also fire other employees at the

25  restaurant?

82
1                          CHUN KIT CHENG

2    working?

3              A      Which time period?

4              Q      From June 2007 to June 2009?

5              A      Yes, I did see them working.

6              Q      Do you know how many days per week Li

7    Rong Gao worked at the restaurant prior to June 2009?

8              A      I don't know.

9              MS. TAI:  I think it might have been

10             translated a little differently than how I

11             asked it so I'm just going to ask the same

12             question again.

13             Q      Do you know how many days per week did

14   Li Rong Gao work prior to June 2009?

15             A      I don't have information.

16             Q      Do you know if it was six days per

17   week?

18             A      I don't know much about that.

19             Q      Do you know if it was at least five

20   days a week?

21             A      I don't know much about that.

22             Q      Who would have this information?

23             A      Manager.

24             Q      Which manager would have this

25   information?

83

CHUN KIT CHENG

1

2        A    I don't know.

3        Q    So what makes you say it was the

4  manager that would have this information?

5        A    It's because it was the manager who

6  made the arrangement.

7        Q    Do you know how many days per week Xiao

8  Hong Zheng worked at Guang Zhou Restaurant prior to

9  2009?

10       A    I don't know much about that.

11       Q    Do you know how many days per week Wei

12  Shen Tan worked at the restaurant prior to June 2009?

13       A    I don't know.

14       Q    From June 2007 to June 2009, do you

15  know what time Li Rong Gao usually arrived at work?

16       A    I don't know much about that.

17       Q    How about for Xiao Hong Zheng?

18       A    I don't know much about that.

19       Q    How about Wei Shen Tan?

20       A    I don't know much about that.

21       Q    When you arrived at work, were they

22  usually already there?

23       A    I'm not so sure.

24       Q    From June 2007 to June 2009, what time

25  did Li Rong Gao usually finish work?

84

1                  CHUN KIT CHENG

2        A    I don't know much about that.

3        Q    How about Xiao Hong Zheng?

4        A    I don't know much about that.

5        Q    And Wei Shen Tan?

6        A    I don't know much about that.

7        Q    Were they usually at the restaurant

8    when you finished working there?

9        A    I don't know much about that.

10       Q    Is there anything that would help you

11   remember this information?

12       A    It's only because from time to time I

13   may leave early and I have something to do, that's

14   why I said I'm not so sure.

15       Q    Is there anything that would help you

16   remember when the Plaintiffs usually got to work or

17   when the Plaintiffs usually finished work?

18            MR. CHUANG:  Objection.  I don't think

19        he's saying that he forgot.  I think he's

20        saying he doesn't know so it assumes that

21        he forgot.  You may try to answer the

22        question, but you might want to rephrase it

23        again after this.

24       Q    You can go ahead and answer the

25   question.

85

1                    CHUN KIT CHENG

2          A     Let me say it again.  Since I don't

3     have a fixed work schedule at the restaurant I can

4     leave at any time.  Basically, I would not have the

5     knowledge to know when an employee starts working or

6     when an employee finish work.

7          Q     Do you know if the wait staff had a

8     break during their workday?

9          A     I don't know much about that.

10         Q     Do you know approximately how many

11    hours the Plaintiffs worked each day?

12         A     I don't know.

13         Q     Was it more than ten hours per day?

14         A     I don't know much about that.

15         Q     Was it less than ten hours a day?

16         A     As I said before, I don't know about

17    these things.  I only know about the food product.

18         Q     So when you were at the restaurant,

19    what did you do during the day regarding the food

20    product?

21         A     I just use my eyes to visually check if

22    the food product displayed beautifully or not.  If

23    they look pretty or not.

24         Q     So during your workday, where did you

25    work in the restaurant?

86
1                      CHUN KIT CHENG

2          A    Kitchen.

3          Q    Were you ever anywhere else in the

4   restaurant during your workday?

5          A    No.

6          Q    Were you ever in the office?

7          A    I may have been there just to sit and

8   rest for a short while.

9          Q    Was there a computer in the office?

10         A    Yes.

11         Q    Did you ever use the computer?

12         A    No.

13         Q    Did you ever have meetings with other

14  employees in the restaurant in the office?

15         A    No.

16         Q    Did you have meetings with managers in

17  the office?

18         A    No.

19         Q    Did you ever have to review any

20  documents in the restaurant during your workday?  I

21  mean, did you have to review any documents in the

22  office in the restaurant during the workday?

23         A    No.

24         Q    Did you ever work at the cash register

25  at the restaurant?

87

```
 1                    CHUN KIT CHENG

 2          A     Sometimes.  Occasionally, yes.

 3          Q     What would you do when you were working

 4   at the cash register?

 5          A     At the time when my wife needed to go

 6   to the bathroom, then I would help her out to watch

 7   the station for a while.

 8          Q     What did you do to watch the cash

 9   register?

10          A     To help customer pay the check.

11          Q     Did you ever deal with any of the

12   vendors of the restaurant?

13          A     No.

14          Q     So you never paid any of the vendors of

15   the restaurant?

16          A     No.

17          Q     So from approximately 1:00 in the

18   afternoon to 9:00 or 10:00 p.m. you would be in the

19   kitchen all day long?

20          A     No.

21          Q     So what else did you do?

22          A     Sometimes just take a walk outside the

23   restaurant for window shopping.

24          Q     Were you window shopping for yourself

25   or for the restaurant?
```

88

                        CHUN KIT CHENG

1

2       A    For myself.

3       Q    Besides that, is there anything else

4   you would do during your workday?

5       A    Well, to take a rest, to have a cup of

6   coffee, things like that.

7       Q    Did you do anything else that was

8   required for work?

9       A    No.

10      Q    How long would you walk outside for to

11  go window shopping?

12      A    It varies.

13      Q    Was it more than an hour?

14      A    It happened.

15      Q    Is this in addition to the thirty

16  minutes to one hour break that you usually had?

17      A    Yes, because my work time was all

18  decided by myself in terms of the hours, the break

19  time.

20      Q    If the food was not presented well,

21  what would you do?

22      A    I would just talk to the cooks and tell

23  them to re-do it.

24      Q    And what if the cooks didn't do what

25  you wanted?

89

```
 1                    CHUN KIT CHENG
 2         A     To do it over again.
 3         Q     Could you ever discipline any of the
 4    cooks if they didn't do what you wanted them to do?
 5         A     No.
 6         Q     Were there work schedules posted at the
 7    restaurant?
 8         A     I don't have clear knowledge about
 9    this.
10         Q     Did you ever see any work schedules
11    posted at the restaurant?
12         A     No, I didn't.
13         Q     Who told the Plaintiffs when they were
14    required to work?
15         A     I don't know much about that.
16         Q     Mr. Cheng, were you paid any wages by
17    Guang Zhou Restaurant prior to June 2009?
18         A     Yes.
19         Q     How much did you get paid?
20         A     One dollar for one month.
21         Q     From June 2007 to June 2009 you
22    received one dollar per month?
23         A     Correct.
24         Q     Did that amount ever change?
25         A     No.
```

90

                    CHUN KIT CHENG

1

2          Q     Were you paid by cash?

3          A     Yes.

4          Q     The whole time, from June 2007 to June

5    2009?

6          A     Yes.

7          Q     Were you ever paid by check?

8          A     No.   The amount is too small.

9          Q     Who decided how much your wages were?

10         A     I made that decision.

11         Q     Who gave you the one dollar a month?

12         A     Manager.

13         Q     Which manager?

14         A     Lai An.

15         Q     Did Lai An continue to pay you after he

16   left the restaurant?

17         A     No.

18         Q     So who did it after Lai An?

19         A     Manager.

20         Q     Which manager?

21         A     Whoever the manager was.

22         Q     Can you remember the managers name?

23         A     Kevin.   That's the only one I can

24   remember.

25         Q     Do you remember who paid you after

92

CHUN KIT CHENG

1

2     Guang Zhou Restaurant from June 2007 to June 2009?

3            A    No.

4            Q    Did you receive any money from Guang

5     Zhou Restaurant as a result of your investment in

6     Perfect Team Corporation?

7            A    I don't remember.

8            Q    Is there anything that would help you

9     remember this?

10           A    Since it was my wife who is in charge

11    of the books and records and I only in charge of the

12    kitchen, that's why.

13           Q    When you received your one dollar a

14    month in wages, did you have to sign any document

15    acknowledging your receipt of the wages?

16           A    No.

17           Q    From June 2007 to June 2009, did you

18    have any other jobs besides your job at Guang Zhou

19    Restaurant?

20           A    No.

21           Q    Is it your testimony that the only

22    wages that you received from June 2007 and June 2009

23    was one dollar per month?

24           A    Yes.

25           Q    Did you have any other sources of

102

CHUN KIT CHENG

1
2    answer, I'm really going to ask him not to
3    answer and move on.
4        MS. TAI:  I don't think he has answered
5    the question, that's my point.  He's saying
6    he knows very little, I keep trying to ask
7    okay, I understand, so what is this little
8    bit he does know?
9        MR. CHUANG:  I understand.  You've
10   asked him the same kind of question three
11   or four times.  If you want to shorten it,
12   give it one more shot, then we move on.
13       MS. TAI:  All right.
14       MR. CHUANG:  Okay.
15       THE INTERPRETER:  The witness just said
16   I'm not so sure about that.  It just means
17   I don't know.
18       MS. TAI:  I'm going to ask a question,
19       it's a yes or no answer.
20   Q    Do you know anything about the wages
21   that the Plaintiffs were paid at the restaurant?
22   A    I don't know that.  My wife handling
23   that.
24   Q    It's a yes or no question.
25   A    No, I don't.

103

                              CHUN KIT CHENG

1

2          Q     Do you know anything about the

3    Plaintiffs' hours that they worked at the restaurant?

4          A     Are you asking about a minimum wage?

5          Q     Right now I'm just asking about the

6    hours the Plaintiffs worked at the restaurant.

7          A     What do you mean by work hours?  Please

8    explain.

9          Q     Can you say that again?

10         A     What do you mean by work hours?  Please

11   explain.

12         Q     What I mean is the hours that the

13   Plaintiffs actually worked at the restaurant.

14         A     No, I don't.

15         Q     Did you ever discuss with anyone at the

16   restaurant how much the restaurant was going to pay

17   any of its employees?

18         A     No.

19         Q     Isn't it true that you gave Wei Shen

20   Tan a raise in approximately January 2009?

21         A     No.

22         Q     Prior to June 2009, did the restaurant

23   keep track of the amount of time that the Plaintiffs

24   worked?

25         A     I don't know.

118

                    CHUN KIT CHENG

2   recordings?

3         A    I didn't ask anyone.  I don't know.

4         Q    Do you know that you were under an

5   obligation to look for these recordings as part of

6   this case?

7         A    Obligation?  What do you mean by that?

8         Q    As part of this case Plaintiffs asked

9   you and Perfect Team Corporation to provide certain

10  documents including electronic documents and we

11  specifically asked about video recordings so my

12  question is:  Did you know that you were under an

13  obligation to go look for these documents as part of

14  this case?

15        A    Well, it's possible that it was my wife

16  who asked someone to search for that kind of

17  recordings, however, I have no knowledge about that.

18        Q    Do you know who your wife would have

19  asked?

20        A    I don't know.

21        Q    Do you know if the recordings that were

22  turned over were all the recordings that the

23  restaurant had?

24        A    I don't know.

25        Q    Mr. Cheng, were there any federal or

119

1                        CHUN KIT CHENG

2      state labor law posters at Guang Zhou Restaurant

3      before June 2009?

4              A     Yes.

5              Q     Where were these posters posted at the

6      restaurant?

7              A     At the door.

8              Q     Which door?

9              A     The door on the second floor.

10             Q     The front door?

11             A     No, I'm talking about an inside door.

12     Inside door.

13             Q     Inside the door.  So was it in the

14     dining room?

15             A     Yes.

16             Q     When were these posters posted on the

17     wall?

18             A     I don't know.  It was my wife who take

19     care of that kind of thing.

20             Q     So did your wife post them at the

21     restaurant?

22             A     I'm not so sure about that.  It's

23     possible she might just ask some employees to do

24     that.

25             Q     But your wife was the one in charge of

120
1                         CHUN KIT CHENG

2    the posters?

3            A     I believe so.

4            Q     Do you know if the posters were posted

5    in 2007?

6            A     Yes.

7            Q     How do you know that?

8            A     Because once it was posted, I saw that.

9            Q     When in 2007 was it posted?

10           A     I don't remember.

11           Q     Was it towards the end of 2007?

12           A     I don't remember.

13           Q     Was it when the restaurant opened in

14   2007?

15           A     I don't remember.

16           Q     Do you know where these posters came

17   from?

18           A     I don't know.  They were brought back

19   by my wife.

20           Q     Do you know who your wife got them

21   from?

22           A     Correct, I don't know.

23           Q     Were these posters up on the wall in

24   2008?

25           A     Yes, they were there.

121

1                          CHUN KIT CHENG

2            Q     The whole year?

3            A     Yes.

4            Q     2009?

5            A     Yes.  I believe they were there, too.

6            Q     The whole time?

7            A     Yes.

8            Q     What information was on the poster?

9            A     I remember one of them said something

10   about the minimum wage.

11           Q     What did it say about the minimum wage?

12           A     It said something about how much each

13   hour should be paid.

14           Q     What did it say about how much each

15   hour they should be paid?

16           A     I don't remember since the rate was

17   adjusted every year so I don't remember.

18           Q     Did someone replace the posters on the

19   wall from time to time?

20           A     I don't know.  It was my wife who would

21   be the one to handle this.

22           Q     Did the poster say anything about tips?

23           A     Well, I seldom pay attention to this

24   kind of thing so I don't know much about that.

25           Q     Did the poster say anything about

122

1                      CHUN KIT CHENG

2    overtime?

3            A    I believe it must have something said

4    about this topic, however, in terms of the tips, they

5    just distributed the tips among them so I don't know

6    much about that.

7            Q    My question was about overtime.

8            A    I have seen that.

9            Q    Okay.  What language were these posters

10   in?

11           A    English.

12           Q    So how do you know what those posters

13   said if they were in English?

14           A    Well, there were some employees who

15   explained the contents to me.

16           Q    What did they explain to you?

17           A    They were saying something like the

18   overtime pay should be one point five times the

19   regular rate and besides that, I just cannot remember

20   too much.

21           Q    Which employees explained this to you?

22           A    I don't know, I forgot.  I just cannot

23   recall.

24           Q    When did they explain this to you?

25           A    A few days after they were posted.

128
1                    CHUN KIT CHENG

2    minimum wage and overtime laws?

3           A     Yes.

4           Q     What did you think the restaurant was

5    doing to comply with the labor laws?

6           A     We had posted those papers on the wall.

7           Q     Anything else?

8           A     Other than that, I don't know.

9           Q     Besides learning from the poster about

10   the minimum wage law, did you learn this information

11   from anywhere else?

12          A     No.

13          Q     Besides the poster, did you learn about

14   overtime laws from any other sources?

15          A     I don't know.

16          Q     You don't know or you don't remember?

17          A     Well, since this area belongs to Lai

18   An, I don't have much knowledge about that.

19          Q     After Lai An left, who dealt with this

20   issue?

21          A     As I said before, it was my wife.

22          Q     If Lai An dealt with this issue, how

23   come you had to instruct him to talk to the workers

24   about minimum wage laws?

25          A     What I did was just to remind him.

129

1                        CHUN KIT CHENG

2          Q    Prior to June 2009, did you do anything

3     to determine whether the restaurant was paying the

4     wait staff the minimum wage?

5          A    You want to know what have we done

6     regarding that?

7          Q    My question is whether he had done

8     anything.

9          A    I have seen the poster, that's it.

10    Other than that, it was my wife who was taking care

11    of things in that area.

12         Q    So did you do anything to determine

13    whether the restaurant was paying the wait staff

14    overtime?

15         A    No, nothing.

16         Q    In one of Perfect Team's interrogatory

17    responses it states that Xiao Hong Zheng stirred up

18    disaffection among employees.  Can you explain what

19    Perfect Team meant by this?

20         A    I don't know much about that.

21         Q    Okay.  I'm going to show you what was

22    previously marked as Exhibit No. 15.  Plaintiff's

23    Exhibit No. 15.  I'm sorry, maybe I have them wrong

24    here.  Plaintiff's Exhibit No. 14, page 7.  The third

25    sentence to interrogatory fifteen of Plaintiff's

137

1                    CHUN KIT CHENG

2          A    No.

3          Q    Have you heard of Jing Fong Restaurant?

4          A    Can you repeat the question?

5               MS. TAI:  Can you repeat the question,

6          please?

7               (Whereupon, the requested question was

8          read back by the reporter.)

9          A    Yes.

10         Q    Are you aware that that restaurant was

11  sued?

12         A    No idea.

13         Q    Have you heard of a restaurant called

14  88 Palace?

15         A    No.

16         Q    When did Perfect Team stop operating

17  Guang Zhou Restaurant?

18         A    I believe it was May 31st of 2009.

19         Q    Who made the decision to stop operating

20  the restaurant?

21         A    Me.

22         Q    Were there other people involved in

23  making this decision?

24         A    No.

25         Q    When did you decide to stop operating