# EXHIBIT J

```
                                                              1
 1   UNITED STATES DISTRICT COURT
     EASTERN DISTRICT OF NEW YORK
 2
     ------------------------------------------------x
 3
     LI RONG GAO, SHU F. JIANG and XIAO HONG ZHENG,
 4      Individually, and on behalf of all
        others similarly situated,
 5
     WEI S. TAN and WEI J. WU, individually,
 6
                                    Plaintiffs
 7
            - against -
 8

 9
     PERFECT TEAM CORPORATION, d/b/a GUANG ZHOU
10   RESTAURANT, JI SHIANG, INC., d/b/a GUANG
     ZHOU RESTAURANT, FENG LIN, CHUN KIT CHENG,
11   ZHENG, JIA LI WANG, and ZHUO PING
     a/k/a JUN JIE CHEN, a/k/a CHEUK PING CHEN,
12
                                    Defendants
13   ------------------------------------------------x

14

15
                              Bee Reporting Depo Suite
16                            32 Court Street
                              Brooklyn, New York
17
                              March 13, 2012
18                            9:21 A.M.

19

20        EXAMINATION BEFORE TRIAL of FENG LIN,

21   one of the Defendants herein, taken by the

22   attorneys for the Plaintiffs pursuant to Court

23   Order, held before Tracey L. Alexander, a Notary

24   Public in and for the State of New York, at

25   the above stated time and place.
```

```
 2
 1
 2    APPEARANCES:
 3
           URBAN JUSTICE CENTER
 4             Attorneys for the Plaintiffs
               123 William Street, 16th Floor
 5             New York, New York  10038

 6        BY:  AMY TAI, ESQ.
               DAVID A. COLODNY, ESQ.
 7

 8
           XUE & ASSOCIATES, ESQS.
 9             Attorneys for the Defendants,
               JI SHIANG, INC. GUANG ZHOU
10             RESTAURANT and FENG LIN
               401 Broadway, Suite 1009
11             New York, New York  10013

12        BY:  THOMAS KUNG, ESQ.

13

14
           LAW OFFICE OF SAMUEL CHUANG
15             Attorney for the Defendants
               PERFECT TEAM CORPORATION
16             CHUN KIT CHENG
               JIA LI WANG
17             135-11 40th Road
               Flushing, New York  11354
18
          BY:  SAMUEL CHUANG, ESQ.
19

20
      Also Present:
21
               JOHN LAU,
22                Mandarin Interpreter

23

24

25
```

```
                                                                    3
 1
 2                      S T I P U L A T I O N S
 3
 4              IT IS HEREBY STIPULATED AND AGREED, by and
 5    between the attorneys for the respective parties
 6    hereto, that all rights provided by the C.P.L.R.
 7    and Part 221 of the Uniform Rules for the Conduct
 8    of Depositions, including the right to object to
 9    any question, except as to form, or to move to
10    strike any testimony at this examination shall not
11    be a bar to waiver to make such motion at, and is
12    reserved to, the trial of this action.
13              IT IS HEREBY STIPULATED AND AGREED, this
14    deposition may be sworn to by the witness being
15    examined before a Notary Public other than the
16    Notary Public before whom this examination was
17    begun, but the failure to do so or to return to the
18    original of this deposition to counsel shall not be
19    deemed a waiver of the rights provided by Rule 3116
20    of the C.P.L.R. and shall be controlled thereby.
21    The filing of the original of this deposition is
22    waived.
23              IT IS HEREBY STIPULATED AND AGREED, that a
24    copy of this examination shall be furnished to the
25    attorney for the witness without charge.
```

```
                              4
 1                      Feng Lin
 2   J O H N   L A U,
 3      The Interpreter herein, having been sworn by a
 4   Notary Public for the State of New York to translate
 5   the questions from English to Mandarin and the
 6   answers from Mandarin to English, translated as
 7   follows:
 8   F E N G   L I N,
 9      The witness herein, having been duly sworn
10   through the interpreter, was examined and
11   testified as follows:
12   EXAMINATION BY
13   AMY TAI, ESQ.:
14      Q    Please state your name for the record.
15      A    Feng Lin.
16      Q    What is your address?
17      A    6456 Cloverdale Boulevard, Oakland
18   Gardens, New York 11364.
19           MS. TAI:  Mr. Lau, I'm going to do a
20      quick voir dire.
21           Are you Court certified to interpret
22      Mandarin to English and English to Mandarin?
23           THE INTERPRETER:  Yes.
24           MS. TAI:  Which Courts?
25           THE INTERPRETER:  Southern and Eastern
```

86

Feng Lin

2  schedule, this schedule had you working six days a
3  week with one day off on Thursday?
4     A    According to the schedule that's what it
5  stated.
6     Q    Mr. Lin, what information do you have
7  about the Plaintiffs work hours at Guang Zhou
8  Restaurant prior to 2009?
9     A    I only pay attention to my work hours.
10    Q    Were your work hours similar to Xiao Hong
11 Zhen's work hours?
12    A    I think it was different. I didn't pay
13 attention, though. I think it would be different.
14    Q    Do you think your work hours were less
15 than five work hours?
16    A    I can't tell. I can't say that he worked
17 less than I. I never really compared our work
18 schedule.
19    Q    How about were your work hours similar to
20 Li Rong Gao's work hours?
21    A    I don't know. It's too hard for me to
22 answer that. I never compared that. I can't say
23 like when they came to work and say what hours they
24 worked, like we don't compare hours every week.
25    Q    When you started at Guang Zhou Restaurant

```
118
                          Feng Lin
 2      A     I don't remember.
 3      Q     Could Chun Kit Cheng fire employees?
 4      A     No.  I haven't seen it.
 5      Q     How about Jia Li Wang?
 6      A     No.  I don't know about that.
 7      Q     Did you fire any employees at the
 8  restaurant?
 9      A     Before 2009?
10      Q     Yes.
11      A     No.
12      Q     Could you fire employees if you wanted
13  to?
14      A     How could I fire?
15      Q     Have you ever fired a Latino worker at
16  the restaurant?
17      A     No.
18      Q     Did anyone ever ask you to fire a Latino
19  worker at the restaurant?
20      A     Was I told to?  I think I was.
21      Q     Who told you to?
22      A     Jackie, he asked me to be the translator.
23  Maybe he asked me to stop working.  I think the
24  dishwasher stopped working.  One day someone came in
25  or he didn't come to work, so Jackie asked me to go
```

```
                                                              119
 1                       Feng Lin
 2   and say something to him.  It was like if you don't
 3   want to work with us you can stop tonight.
 4        Q     Jackie said this to the dishwasher, but
 5   asked you to translate it, is that correct?
 6        A     Yes.
 7        Q     Did this happen more than once?
 8        A     A couple of times, once or twice.
 9        Q     Do you remember when this happened?
10        A     I don't recall.
11        Q     The one to two times, who were you asked
12   to fire?
13        A     Only Jackie told me.
14        Q     That's not the question.  My question is
15   you said one time it was a dishwasher.
16        A     Yes.
17        Q     Was the second time also a dishwasher?
18        A     Yes.
19        Q     Do you remember their names?
20        A     I think maybe I asked her to ask him if
21   he had a friend who could come to work.  It was
22   because -- it was five years ago, I wouldn't
23   remember.
24              I think I liked this Amigo.  He had a
25   friend who wanted to work.  I asked him to come to
```

                                                                185
1                        Feng Lin
2        A    No, just friends.
3        Q    I'm not saying if you were married to
4    her.
5             I'll be more explicit. She is Chun Kit
6    Cheng's sister, little sister, correct?
7        A    Jackie's sister, yes.
8        Q    Chun Kit Cheng is married to Jia Li Wang
9    who used to be your sister-in-law, correct?
10       A    Yes, my ex-wife's sister.
11       Q    Did Huang Shi speak any English?
12       A    Huang Shi could speak a little bit. Like
13   maybe a little bit better than I.
14       Q    Going back, you said she helped with
15   translation. Who did you have to talk to that you
16   would need her to help translate?
17       A    I forgot.
18       Q    When was the last time she helped you
19   translate?
20       A    I don't remember clearly.
21       Q    Was it in 2011? This is in relation to
22   the restaurant.
23       A    I don't remember clearly.
24       Q    How many times did she help you
25   translate?

186
                          Feng Lin
2      A      A few times, two times, three times.  I
3   don't remember clearly.
4      Q      Who would you have to talk to that you
5   would need her assistance?
6      A      I don't remember clearly.
7      Q      Was there anything else that she did for
8   Ji Shiang, Incorporated?
9      A      No.  I don't think so.
10     Q      What do you know about the minimum wage
11  law?
12     A      It's okay.
13     Q      What do you know about the minimum wage
14  law?
15     A      It started on January 1, 2011.  The base
16  hours changed to $5.00.  Everyday and everyday the
17  work hours exceed ten hours.  One hour would be
18  added on.
19            I'm talking about wages, people who
20  receive tips.  It used to be $4.65 and early on in
21  2009 it was $4.50 -- or I mean, $4.60.
22            Then, later on it was increased to $4.65.
23  If you work forty hours a week and you add in the
24  tips as long as the base salary plus tips exceed
25  $7.25 that would be okay.

```
                                                              187
                        Feng Lin
1
2       Q      Is there anything else you want to tell
3    us about what you know about the minimum wage law?
4       A      If it's one hour overtime that's 1.5
5    pay, something like that.
6       Q      Over how many hours would you get 1.5?
7       A      Forty hours.
8       Q      How did you learn about these laws?
9       A      I went to learn from the accountant and
10   then I went to the lawyer to learn.
11      Q      When did you go to the lawyer?
12      A      After I took over in June, maybe June
13   1st.
14      Q      What year?
15      A      2009.
16      Q      Which lawyer is this?
17      A      The accountant.
18      Q      First I asked you about the lawyer.  When
19   did you go to the lawyer?
20      A      June.
21      Q      Is this W-U, Y-I-J-U-N?
22      A      I guess so.
23      Q      This was in June 1, 2009, the lawyer?
24      A      I made a phone call.
25      Q      What did your lawyer tell you?
```

```
188
 1                           Feng Lin
 2        A      He told me about the federal law,
 3   basically like that.
 4        Q      Basically like what?
 5        A      What I just told you earlier.
 6        Q      Was there anything else he told you about
 7   minimum wage law?
 8        A      I don't recall.
 9        Q      Then, when did you go to your accountant?
10        A      I guess at the beginning of June, the
11   beginning of June.
12        Q      What did your accountant tell you?
13        A      He told me what I just told you, things
14   like that.  I need to punch cards and how to
15   calculate the hours.  We don't even have the
16   accountant look at the card.
17        Q      Which accountant is this?
18        A      Wuween Shue.
19        Q      When did you first hear about minimum
20   wage laws?
21        A      I don't know.  I have no recollection.
22        Q      Did you know about the minimum wage laws
23   in June of 2007?
24        A      I knew a little bit.
25        Q      What did you know about it at that time?
```