# EXHIBIT L

## TRANSLATION CERTIFICATE

I certify that I am over 18 years of age, good in both English and Chinese languages, competent to translate this document, and that the translation is complete and accurate, to the best of my abilities.

Wing K. Ip

State of New York    )
                     ) s.s.:
County of New York   )

Subscribed and sworn to before me
this 6th day of August, 2010
New York City, N.Y., U.S.A.

ALFRED LUI
Notary Public, State Of New York
No. 02LU5003237
Qualified In Queens County
Commission Expires 10/19/20 10

# 广州酒家人工表

部门：　　　　　　　　　　　　　　　　　　　　　　　　　　　年　月　日

| 姓名 | 出勤日 | 工资 | 扣除支票 | 实发工资 | 签名 | 备注 |
|---|---|---|---|---|---|---|
| 严 | 2P | 200 | | 26.61 | | 4/17 - 4/30/08 |
| | 14.5 | 200 | | 193 | | 5/1 - 5/15/08 (临时工) |
| | 14.5 | 200 | | 193 | | 5/16 - 5/31/08 |
| 罗 | 12天 | 200 | | 五回 160 | | 6/1 - 6/15/08 |
| | | 200 | | 200 | | 6/16 - 6/30/08 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| 合计 | | | | | | |

经手人　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　领取人

广州酒家人工表

| 部门 | 姓名 | 编制日 | 工资 | 扣除支项 | 实发工资 | 签名 | 年 月 日 备注 |
|---|---|---|---|---|---|---|---|
| | 陈的为 | | 200 | | 200 | | 7/1 – 7/15/08 |
| | | | 200 | | 200 | | 7/16 – 7/31/08 |
| | 张学 | | 200 | | 200 | | 7/1 – 7/15/08 |
| | | | 200 | | 200 | | 6/12/0 – 7/15/08 |
| | | | 200 | | 200 | | 7/1 – 7/15/08 |
| | | | 200 | | 200 | | 7/16 – 7/31/08 |

制表人          核对人          签字人

# 广州酒家人工表

部门：　　　　　　　　　　　　　　　　　　　　　年　月　日

| 姓名 | 出勤日 | 工资 | 扣除支票 | 实发工资 | 签名 | 备注 |
|---|---|---|---|---|---|---|
| 宗 |  | 200 |  | 200 | (签名) | 10/1 — 10/15/08 |
|  |  | 200 |  | 200 | (签名) | 10/16 — 10/31/08 |
|  |  | 200 |  | 200 | (签名) | 11/1 — 11/15/08 |
|  |  | 200 |  | 200 | (签名) | 11/16 — 11/30/08 |
|  |  | 200 |  | 200 | (签名) | 12/1 — 12/15/08 |
|  |  | 200 |  | 200 | (签名) | 12/16 — 12/31/08 |

合计　　　　　　　　　　　　　　　　　　　　　　　核对人

经手人

广州酒家人工表

部门　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　年　月　日

| 姓名 | 借支 | 迟勤扣 | 工资 | 扣除支票 | 实发工资 | 签名 | 备注 |
|---|---|---|---|---|---|---|---|
| 伦 |  | 1.10 | 200 |  | 180 |  | 1/1/09 – 1/15/09 |
|  |  |  | 200 |  | 200 |  | 2/1 – 2/15/09 |
|  |  | (?) | 200 |  | 193 |  | 2/1 – 2/15/09 |
|  |  | 0.5 | 200 |  | 200 |  | 2/16 – 2/28/09 |
|  |  |  | 200 |  | 200 |  | 3/1 – 3/15/09 |
|  |  |  | 200 |  | 200 |  | 3/16 – 3/31/09 |
|  |  |  | 200 |  | 200 |  | 4/1 – 4/15/09 |
|  |  |  | 200 |  | 200 |  | 4/16 – 4/30/09 |
|  |  |  | 200 |  | 200 |  | 5/1 – 5/15/09 |
|  |  | - | 200 |  | 200 |  | 5/16 – 5/31/09 |
|  |  |  | 200 |  | 13 |  | 6/1/09 (一天) |

合计

经手人　　　　　　　　　　　　　　　　　　核对人

# GUANGZHOU RESTAURANT PAYROLL

Department _____                                      year   month   day

| Name | Days Worked | Wage | Check Amount Deducted | Actual Pay | Signature | Remarks |
|---|---|---|---|---|---|---|
| Rong (Li Rong Gao) | 2 days | 200 | | 26.67 | (signed) | 4/29 – 4/30/08 |
| | 14.50 | 200 | | 193 | (signed) | 5/1 – 5/15/08 (half-day off) |
| | 14.50 | 200 | | 193 | (signed) | 5/16 – 5/31/08 |
| Rong | 12 days | 200 | | 160 | (signed) | 6/1 – 6/15/08 |
| | | 200 | | 200 | (signed) | 6/16 – 6/30/08 |
| Rong | | 200 | | 200 | (signed) | 7/1 – 7/15/08 |
| | | 200 | | 200 | (signed) | 7/16 – 7/31/08 |
| | | 200 | | 200 | (signed) | 8/1 – 8/15/08 |
| | | 200 | | 200 | (signed) | 8/16 – 8/31/08 |
| | | 200 | | 200 | (signed) | 9/1 – 9/15/08 |
| | | 200 | | 200 | (signed) | 9/16 – 9/30/08 |
| | | 200 | | 200 | (signed) | 10/1 – 10/15/08 |
| Rong | | 200 | | 200 | (signed) | 10/16 – 10/31/08 |
| | | 200 | | 200 | (signed) | 11/1 – 11/15/08 |
| | | 200 | | 200 | (signed) | 11/16 – 11/30/08 |
| | | 200 | | 200 | (signed) | 12/1 – 12/15/08 |
| | | 200 | | 200 | (signed) | 12/16 – 12/31/08 |

Total _____

Person Responsible _____                  Checked by _____

Department

# GUANGZHOU RESTAURANT PAYROLL

year   month   day

| Name | Days Off | Wage | Check Amount Deducted | Actual Pay | Signature | Remarks |
|---|---|---|---|---|---|---|
| Rong (Li Rong Gao) | 1.5 | 200 | | 180 | (signed) | 1/1/09 – 1/15/09 |
| | | 200 | | 200 | (signed) | 1/16 – 1/31/09 |
| | | 200 | | 193 | (signed) | 2/1 – 2/15/09 |
| | 0.5 | 200 | | 200 | (signed) | 2/16 – 2/28/09 |
| | | 200 | | 200 | (signed) | 3/1 – 3/15/09 |
| | | 200 | | 200 | (signed) | 3/16 – 3/31/09 |
| | | 200 | | 200 | (signed) | 4/1 – 4/15/09 |
| | | 200 | | 200 | (signed) | 4/16 – 4/30/09 |
| | | 200 | | 200 | (signed) | 5/1 – 5/15/09 |
| | | 200 | | 200 | (signed) | 5/16 – 5/31/09 |
| | | 200 | | 13 | (signed) | 6/1/09 (1 day) |

Total

Person Responsible                     Checked by