# EXHIBIT N

| | 星期一 | 星期二 | 星期三 | 星期四 | 星期五 | 星期六 | 星期日 |
|---|---|---|---|---|---|---|---|
| Kevin | 12:00-10:30 | 12:00-10:30 | Off | | | | 11:30-11:00 |
| 芳 | 9:00-3:30 | 9:00-10:00 / 3:30-6:30(b) | 9:00-10:00 / 3:30-6:30(b) | 9:00-10:00 / 3:30-6:30(b) | off | | 10:00-11:00 |
| 紅 | 9:00-10:00 / 3:30-6:30(b) | off | | 9:00-10:00 / 3:30-6:30(b) | 9:00-10:00 / 3:30-6:30(b) | | |
| 軍 | 10:00-10:30 / 2:00-3:30(b) | 10:00-10:30 / 2:00-3:30(b) | | | | 9:00-10:30 | 9:00-10:30 |
| leo | 10:30-10:30 | 10:30-10:30 | 10:30-10:30 | off | 9:00-10:30 | | |
| 健 | off | 9:00-10:30 / 3:30-6:30 | 10:30-10:30 / 3:30-6:30 | 10:30-10:30 / 3:30-6:30 | | | |
| 奉 | 11:00-10:30 / 5:00-5:00 | off | 6:00-11:00 | 6:00-11:00 | | | |
| 阿胖 | 5:30-6:30 / 3:30-4:30 | 11:00-10:30 / 6:00-7:00 | 3:30-7:00 | off | 11:00-10:30 | | 11:00-10:30 |
| 阿辉 | off | 5:30-11:00 | 5:30-11:00 | 10:30-10:30 / 2:00-4:00 | 10:30-10:30 | | |
| 冰 | off | off | off | off | off | | |
| 師 | 9:30-7:00 | 5:30-12:00 | 5:30-12:00 | 2:30-4:30 | off | | |
| 軍 | | | 9:30-11:00 | | | | |

00018

08年7月21日 试释

| | 星期一 | 星期二 | 星期三 | 星期四 | 星期五 | 周未(假日) |
|---|---|---|---|---|---|---|
| LEO | 9AM~10PM (3:30~5:30) | 9:AM~10PM (3:30~5:30) | 9AM~10PM (3:30~5:30) | (休息) | 9AM~10PM (3:30~5:30) | 9:30AM~10:30PM (3:30~5:30) |
| 容 | (休息) | 9:30am~10:pm (休息上半日) | 9:am~10:pm (2:30~5:30) | 9:am~10:pm (2:30~5:30) | 9:am~10:00pm (2:30~5:30) | 9:am~10:30pm (3:30~5:30) |
| 小红 | 10AM~2:00PM (休息下半日) | (休息) | 10:00AM~10:00PM (2:30~5:00) | 9:00AM~10:00PM (2:30~5:30PM) | 10:00AM~10:00PM (2:30P~5:30P) | 9:30AM~10:30PM (3:30PM~5:30PM) |
| 辉 | 9:00AM~10PM (2:30~5:30) | 9:AM~10PM (2:30~5:30) | 10AM~10PM (3:30~5:00) | 10:00am~2:00pm (休息下半日) | (休息) | 9:30am~10:30pm (3:30~4:30) |
| 德 | 10AM~10PM (3:30~4:30) | 10:00~10:30 (休息) | 10:00~10:00 (3:30~5:30) | 10AM~10:30PM (休息) | 10AM~10PM (3:30~4:30) | 10AM~10:30PM (3:30~4:30) |
| 平 | 10:30am~10:30pm (休下半) | (休息) | (休息) | 10:30am~10:30pm (4:30~5:30) | 10:30am~10:30pm (4:30~5:30) | 10:30am~10:30pm |
| 林 | (休息) | 11:00am~11:00pm (4:30~5:30) | 11:00am~4:30pm (休息下半日) | 11:00am~11:00pm (4:30~5:30) | 11:00am~11:00pm (4:30~5:30) | 10:30am~11:00pm |
| 顺 | 11:00am~11:00pm (5:30~6:30) | 11:00am~11:00pm (5:30~6:30) | (休息) | 6:30pm~收尾 (5:30~6:30) | 11:00am~11:00pm (5:30~6:30) | 10:30am~11:00pm |
| 晖 | 11:00am~11:00pm (4:30~5:30) | 10:30am~10:30pm (4:30~5:30) | 11:00am~11:00pm (4:30~5:30) (休下半) | (休息) | 6:30pm~11:00pm (休息上半日) | 10:30am~11:00pm (4:30~5:30) |
| 刚 | 12:00pm~收尾 (5:30~6:30) | 12:00pm~收尾 (5:30~6:30) | 12:pm~收尾 (5:30~6:30) | (休息) | 6:30pm~收尾 (休息上半日) | 11:30pm~收 (5:30~6:30) |
| 健 | 12:30pm~收尾 (休息下半日) | (休息) | 12:30pm~收尾 (5:30~7:00) (休上半) | 12:30pm~收尾 (5:30~7:00) | 12:30pm~收尾 (5:30~7:00) | 11:30pm~收 (5:30~6:30) |
| 深 | 7:00pm~收尾 (休息下半日) | 12:30pm~收尾 (5:30~7:00) | 12:00pm~收尾 (5:30~7:00) | 12:00pm~收尾 (5:30~7:00) | (休息) | 11:30pm~收 (5:30~6:30) |
| 双红 | 12:30~10:30 | 收参邮 | (休息) (下半日) | 12:30~10:30 (休息) | 12:30~10:30 10:30 | 11:30~ 10:30 |

00019

| | 星期一 (10/8) | 星期二 (9/2) | 星期三 (9/2) | 星期四 (9/8) | 星期五 (10/10) | 星期六 | 星期（日） |
|---|---|---|---|---|---|---|---|
| A | LEO | | | 休息 | | 9:00am~10:00 (3:00~5:30) 9:00am~10:00pm (3:00~5:30) | 9:00am~10:00 (5:00~5:30) |
| A | 升任/休息 | | | | | 9:00am~10:00pm (3:00~5:30) | 9:00am~10:00 (3:00~5:30) |
| B | 辉√ | | | 10:00~3:00pm (休息下半日) | 休息 | 9:30am~10:00pm (3:00~5:00) | 9:30am~10:00 (3:00~5:00) |
| B | 容√ | (顶A更) | 休息 | | | 9:30am~10:00pm (3:00~5:00) | 9:30am~10:00 (3:00~5:00) |
| C | 小红 | (顶B更) | 返 6:00~10:00pm (休息上半日) | (顶A更) | (顶B更) | 9:30am~10:00pm (3:00~5:00) | 9:30am~10:00 (3:00~5:00) |
| C | 双√ | 返 6:00~10:00pm (休息上半日) | 休息 | 休息 | 返 6:00~10:00 (休息上半日) | 10:00am~10:30pm (5:00~6:30) | 10:00am~10:3 (5:00~6:) |
| C | 顺 | | | | | 10:00am~10:30pm (5:00~6:30) | 10:00am~10:3 (5:00~6:) |
| C | 深√ | | | 休息 | 休息 | 10:00am~10:30pm (5:00~6:30) | 10:00am~10:3 (5:00~6:) |
| D | 林√ | 11:00~3:00pm (休息下半日) | 休息 | 返 6:00~10:00pm (休息上半日) | | 10:30am~10:30pm (4:30~5:30) | 10:30am~10:3 (4:30~5:) |
| D | 平 | (返E更) | | (返E更) | | 10:30am~10:30pm (4:30~5:30) | 10:30am~10:3 (4:30~5:) |
| D | 晖√ | | | 返 6:00~10:00pm (休息上半日) | | 10:00am~10:30pm (5:00~6:30) | 10:00am~10:3 (5:00~6:) |
| E | 刚 | 休息 | 返 7:00pm~收尾 (休息上半日) | 休息 | 返 7:00pm~收尾 (休息上半日) | 11:30am~收尾班 (5:30~7:00) | 10:30am~10:3 |
| E | 健 | 返 7:00~收尾 (休息上半日) | | | | 11:30am~收尾班 (5:30~7:00) | 11:30am~收尾班 (5:30~7:00) |
| E | 祥√ | 休息 | | | | 11:30am~收尾班 (5:30~7:00) | 11:30am~收尾班 (5:30~7:00) |

周一至五 A更(9:00am~6:00pm)
B更(10:00~9:30pm)
C更(11:00am~10:00pm)
D更(11:30am~10:00pm)
E更 12:30pm~收尾

楼面用膳安排: 中午头轮 A,B,D  尾轮 C,E
晚上头轮 A,B,E  尾轮 C,D

00020

| | 星期一 | 星期二 | 星期三 | 星期四 | 星期五 | 星期六 | 星期天 |
|---|---|---|---|---|---|---|---|
| Kevin | 12:00-10:30 | 12:00-10:30 | Off | 12:00-10:30 | 12:30-10:30 | 11:30-11:00 | 11:00-10:30 |
| 芳 | 9:00–3:30 | | | | | | |
| 红 | 9:00-10:00 3:30-6:30(b) | 9:00-10:00 3:30-6:30(b) | 9:00-10:00 3:30-6:30(b) | 9:00-10:00 3:30-6:30 | off | 10:00-11:00 ① | 10:30-10:30 |
| 辉 | 10:00-10:30 2:00-3:30 (b) ① | off | 9:00-10:00 3:30-6:30(b) | 6:30-10:30 | 9:00-10:30 3:30-6:30(b) | 9:00-10:30 3:30-5:00(b) | 9:00-10:30 3:30-5:00(b) |
| leo | 10:30-10:30 | 10:00-10:30 2:00-3:30(b) | off | 10:00-10:30 2:00-3:30(b) | 6:30-10:30 | 10:00-11:00 ① | 9:30-11:00 3:30-5:30(b) |
| 健 | off | 10:30-10:30 | 10:30-10:30 | off | 9:00-10:30 3:30-6:30(b) | 9:00-10:30 | 9:00-10:30 |
| 容 | 11:00-10:30 5:00-6:00 ② | 9:00-10:30 3:30-6:30 | 10:30-10:30 3:30-6:00(b) | 9:00-3:00 | 10:00-10:30 3:30-5:30(b) | 9:00-11:00 3:30-5:00(b) | 9:00-11:00 3:30-5:30(b) |
| 刚 | 11:00-10:30 3:30-4:30 ① | off | 6:00-11:00 | 10:00-10:30 1:30-3:00(b) ① | 10:30-10:30 1:30-3:00(b) | 10:00-11:00 ② | 10:30-11:00 |
| 林 | off | 11:00-10:30 6:00-7:00 | 3:30-12:00 | Off | 11:00-10:30 5:30-7:00 | 11:00-11:00 5:00-6:00 ② | 10:30-11:00 5:00-6:00 |
| 深 | Off | 5:30-11:00 | 10:30-10:30 6-7 | 10:30-10:30 2:00-4:00 | 12:00-11:00 | 11:00-11:30 ② | 11:00-11:30 |
| 顺 | 12:30-12:00 4:30-6:30 ② | 5:30-12:00 | 11:30-10:30 | 11:00-11:00 ② | 12:30-11:00 1:30-7:00 | 11:00-11:30 ② | 11:00-11:30 |
| 雕 | 3:30-12:00 | 12:30-12:00 4:30-6:30 | off | 2:30-12:00 ① | 2:30-12:00 | 11:00-12:00 ② | 11:00-12:00 |
| | | off | 10:30-12:00 5:00-7:00 | 12:30-11:00 3:00-6:30 | 8:30-12:00 | 11:00-12:00 ② | 11:00-12:00 |
| | 9:30-9:45 | 9:30-9:45 | 9:30-9:45 | 9:30-9:45 | 9:45-9:30 | 9:00-10:30 | 9:00-10:30 |
| | 9:00-5:30 | 3:00-5:30 | 3:00-5:30 | 3:00-5:30 | 3:00-5:30 | 3:00-5:00 | 3:00-5:00 |