# EXHIBIT W

Damages Calculations Prepared for Plaintiff's Motion for Summary Judgment
*Gao, et al. v. Perfect Team Corp., et al* (10-CV-1637)

April 30, 2014

DETAILED DAMAGES CALCULATIONS FOR PLAINTIFF'S EMPLOYMENT FROM APRIL 2008 TO JUNE 2009

| A | B | C | D | E | F | G | H | I | J | K | L | M | N | O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Start date | End date | # wks | NY Period Interest | Average Hours Worked Per Week | Days Per Week Over 10+ Hours | Actual Wages Paid | Hourly Rate Paid | NY Minimum Wage Rate | Unpaid Minimum Wage Damages (NYLL/ FLSA) | Unpaid Overtime Damages (NYLL/ FLSA) | Unpaid NY Spread Hours | NYLL Liquidated Damages | FLSA Liquidated Damages | NY Interest |
| 4/29/08 | 4/30/08 | 0.29 | 6.00 | 17.5 | 1 | $26.67 | $1.52 | $7.15 | $28.13 | $0.00 | $2.04 | $7.54 | $28.13 | $1.10 |
| 5/1/08 | 5/15/08 | 2.14 | 5.98 | 56 | 4 | $193.00 | $1.61 | $7.15 | $665.00 | $122.57 | $61.29 | $212.21 | $787.57 | $32.97 |
| 5/16/08 | 5/31/08 | 2.29 | 5.94 | 56 | 4 | $193.00 | $1.51 | $7.15 | $722.20 | $130.74 | $65.37 | $229.58 | $852.94 | $34.92 |
| 6/1/08 | 6/15/08 | 2.14 | 5.89 | 52 | 2 | $160.00 | $1.44 | $7.15 | $636.71 | $91.93 | $30.64 | $189.82 | $728.64 | $16.25 |
| 6/16/08 | 6/30/08 | 2.14 | 5.85 | 61 | 5 | $200.00 | $1.53 | $7.15 | $734.61 | $160.88 | $76.61 | $243.02 | $895.48 | $40.35 |
| 7/1/08 | 7/15/08 | 2.14 | 5.81 | 61 | 5 | $200.00 | $1.53 | $7.15 | $734.61 | $160.88 | $76.61 | $243.02 | $895.48 | $40.06 |
| 7/16/08 | 7/31/08 | 2.29 | 5.77 | 55 | 5 | $200.00 | $1.59 | $7.15 | $698.86 | $122.57 | $81.71 | $225.79 | $821.43 | $42.42 |
| 8/1/08 | 8/15/08 | 2.14 | 5.73 | 55 | 5 | $200.00 | $1.70 | $7.15 | $642.68 | $114.91 | $76.61 | $208.55 | $757.59 | $39.48 |
| 8/16/08 | 8/31/08 | 2.29 | 5.68 | 55 | 5 | $200.00 | $1.59 | $7.15 | $698.86 | $122.57 | $81.71 | $225.79 | $821.43 | $41.80 |
| 9/1/08 | 9/15/08 | 2.14 | 5.64 | 55 | 5 | $200.00 | $1.70 | $7.15 | $642.68 | $114.91 | $76.61 | $208.55 | $757.59 | $38.89 |
| 9/16/08 | 9/30/08 | 2.14 | 5.60 | 55 | 5 | $200.00 | $1.70 | $7.15 | $642.68 | $114.91 | $76.61 | $208.55 | $757.59 | $38.61 |
| 10/1/08 | 10/15/08 | 2.14 | 5.56 | 55 | 5 | $200.00 | $1.70 | $7.15 | $642.68 | $114.91 | $76.61 | $208.55 | $757.59 | $38.33 |
| 10/16/08 | 10/31/08 | 2.29 | 5.52 | 55 | 5 | $200.00 | $1.59 | $7.15 | $698.86 | $122.57 | $81.71 | $225.79 | $821.43 | $40.57 |
| 11/1/08 | 11/15/08 | 2.14 | 5.47 | 55 | 5 | $200.00 | $1.70 | $7.15 | $642.68 | $114.91 | $76.61 | $208.55 | $757.59 | $37.74 |
| 11/16/08 | 11/30/08 | 2.14 | 5.43 | 55 | 5 | $200.00 | $1.70 | $7.15 | $642.68 | $114.91 | $76.61 | $208.55 | $757.59 | $37.46 |
| 12/1/08 | 12/15/08 | 2.14 | 5.39 | 55 | 5 | $200.00 | $1.70 | $7.15 | $642.68 | $114.91 | $76.61 | $208.55 | $757.59 | $37.17 |
| 12/16/08 | 12/31/08 | 2.29 | 5.35 | 55 | 5 | $200.00 | $1.59 | $7.15 | $698.86 | $122.57 | $81.71 | $225.79 | $821.43 | $39.34 |
| 1/1/09 | 1/15/09 | 2.14 | 5.31 | 43 | 4 | $180.00 | $1.95 | $7.15 | $478.82 | $22.98 | $61.29 | $140.77 | $501.80 | $29.27 |
| 1/16/09 | 1/31/09 | 2.29 | 5.26 | 55 | 5 | $200.00 | $1.59 | $7.15 | $698.86 | $122.57 | $81.71 | $225.79 | $821.43 | $38.72 |
| 2/1/09 | 2/15/09 | 2.14 | 5.22 | 51 | 5 | $193.00 | $1.77 | $7.15 | $588.39 | $84.27 | $76.61 | $187.32 | $672.66 | $36.00 |
| 2/16/09 | 2/28/09 | 1.86 | 5.18 | 55 | 5 | $200.00 | $1.96 | $7.15 | $530.32 | $99.59 | $66.39 | $174.08 | $629.91 | $30.97 |
| 3/1/09 | 3/15/09 | 2.14 | 5.15 | 55 | 5 | $200.00 | $1.70 | $7.15 | $642.68 | $114.91 | $76.61 | $208.55 | $757.59 | $35.47 |
| 3/16/09 | 3/31/09 | 2.29 | 5.10 | 55 | 5 | $200.00 | $1.59 | $7.15 | $698.86 | $122.57 | $81.71 | $225.79 | $821.43 | $37.53 |
| 4/1/09 | 4/15/09 | 2.14 | 5.06 | 55 | 5 | $200.00 | $1.70 | $7.15 | $642.68 | $114.91 | $76.61 | $208.55 | $757.59 | $34.89 |
| 4/16/09 | 4/30/09 | 2.14 | 5.02 | 55 | 5 | $200.00 | $1.70 | $7.15 | $642.68 | $114.91 | $76.61 | $208.55 | $757.59 | $34.61 |
| 5/1/09 | 5/15/09 | 2.14 | 4.98 | 55 | 5 | $200.00 | $1.70 | $7.15 | $642.68 | $114.91 | $76.61 | $208.55 | $757.59 | $34.32 |
| 5/16/09 | 5/31/09 | 2.29 | 4.94 | 55 | 5 | $200.00 | $1.59 | $7.15 | $698.86 | $122.57 | $81.71 | $225.79 | $821.43 | $36.30 |
| 6/1/09 | 6/1/09 | 0.14 | 4.91 | 8.5 | 1 | $13.00 | $1.53 | $7.15 | $6.83 | $0.00 | $1.02 | $1.96 | $6.83 | $0.45 |
|  |  |  |  |  |  |  |  |  | $17,087.08 | $2,995.85 | $1,932.54 | $5,503.87 | $20,082.93 | $946.01 |

Plaintiff's Summary Judgment Damages from April 2008 to June 2009