# EXHIBIT X

Damages Calculations Prepared for Plaintiff's Motion for Summary Judgment

*Gao, et al. v. Perfect Team Corp., et al* (10-CV-1637)

April 30, 2014

DETAILED DAMAGES CALCULATIONS FOR PLAINTIFF'S EMPLOYMENT FROM AUGUST 2010 TO FEBRUARY 2011

| A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|
| Start date | End date | # wks | NY Period Interest | Hours Worked Per Week | Hourly Rate Paid | NY Minimum Wage Rate | Unpaid Minimum Wage Damages (NYLL/FLSA) | NY Interest |
| 8/2/10 | 8/8/10 | 1.00 | 3.73 | 35.02 | $4.65 | $7.25 | $91.05 | $30.60 |
| 8/9/10 | 8/15/10 | 1.00 | 3.72 | 36.30 | $4.65 | $7.25 | $94.38 | $31.56 |
| 8/16/10 | 8/22/10 | 1.00 | 3.70 | 32.43 | $4.65 | $7.25 | $84.32 | $28.05 |
| 8/23/10 | 8/29/10 | 1.00 | 3.68 | 34.50 | $4.65 | $7.25 | $89.70 | $29.68 |
| 8/30/10 | 9/5/10 | 1.00 | 3.66 | 33.57 | $4.65 | $7.25 | $87.28 | $28.73 |
| 9/6/10 | 9/12/10 | 1.00 | 3.64 | 38.10 | $4.65 | $7.25 | $99.06 | $32.44 |
| 9/13/10 | 9/19/10 | 1.00 | 3.62 | 36.47 | $4.65 | $7.25 | $94.82 | $30.89 |
| 9/20/10 | 9/26/10 | 1.00 | 3.60 | 31.65 | $4.65 | $7.25 | $82.29 | $26.66 |
| 9/27/10 | 10/3/10 | 1.00 | 3.58 | 28.63 | $4.65 | $7.25 | $74.44 | $23.99 |
| 10/4/10 | 10/10/10 | 1.00 | 3.56 | 39.18 | $4.65 | $7.25 | $101.87 | $32.65 |
| 10/11/10 | 10/17/10 | 1.00 | 3.54 | 27.62 | $4.65 | $7.25 | $71.81 | $22.90 |
| 10/18/10 | 10/24/10 | 1.00 | 3.52 | 35.72 | $4.65 | $7.25 | $92.87 | $29.45 |
| 10/25/10 | 10/31/10 | 1.00 | 3.50 | 33.72 | $4.65 | $7.25 | $87.67 | $27.65 |
| 11/1/10 | 11/7/10 | 1.00 | 3.48 | 18.48 | $4.65 | $7.25 | $48.05 | $15.07 |
| 11/8/10 | 11/14/10 | 1.00 | 3.47 | 36.13 | $4.65 | $7.25 | $93.94 | $29.30 |
| 11/15/10 | 11/21/10 | 1.00 | 3.45 | 24.52 | $4.65 | $7.25 | $63.75 | $19.78 |
| 11/22/10 | 11/28/10 | 1.00 | 3.43 | 49.48 | $4.65 | $7.25 | $128.65 | $39.68 |
| 11/29/10 | 12/5/10 | 1.00 | 3.41 | 24.30 | $4.65 | $7.25 | $63.18 | $19.38 |
| 12/6/10 | 12/12/10 | 1.00 | 3.39 | 33.95 | $4.65 | $7.25 | $88.27 | $26.92 |
| 12/13/10 | 12/19/10 | 1.00 | 3.37 | 35.50 | $4.65 | $7.25 | $92.30 | $27.99 |
| 12/20/10 | 12/26/10 | 1.00 | 3.35 | 32.80 | $4.65 | $7.25 | $85.28 | $25.72 |
| 12/27/10 | 1/2/11 | 1.00 | 3.33 | 30.22 | $5.00 | $7.25 | $68.00 | $20.39 |
| 1/3/11 | 1/9/11 | 1.00 | 3.31 | 24.23 | $5.00 | $7.25 | $54.52 | $16.25 |
| 1/10/11 | 1/16/11 | 1.00 | 3.29 | 30.03 | $5.00 | $7.25 | $67.57 | $20.03 |
| 1/17/11 | 1/23/11 | 1.00 | 3.27 | 32.95 | $5.00 | $7.25 | $74.14 | $21.85 |

April 30, 2014

Damages Calculations Prepared for Plaintiff's Motion for Summary Judgment

*Gao, et al. v. Perfect Team Corp., et al* (10-CV...)

| Start date | End date | # wks | NY Period Interest | Hours Worked Per Week | Hourly Rate Paid | NY Minimum Wage Rate | Unpaid Minimum Wage Damages (NYLL/FLSA) | NY Interest |
|---|---|---|---|---|---|---|---|---|
| 1/24/11 | 1/30/11 | 1.00 | 3.25 | 32.42 | $5.00 | $7.25 | $72.95 | $21.37 |
| 1/31/11 | 2/6/11 | 1.00 | 3.24 | 39.25 | $5.00 | $7.25 | $88.31 | $25.72 |
| 2/7/11 | 2/13/11 | 1.00 | 3.22 | 28.67 | $5.00 | $7.25 | $64.51 | $18.67 |
| | | | | | | | $2,304.96 | $723.35 |

Plaintiff's Summary Judgment Damages August 2010 to February 2011