**EXHIBIT Y**

# STATE OF NEW YORK

# DEPARTMENT OF STATE

I hereby certify that the annexed copy has been compared with the original document in the custody of the Secretary of State and that the same is a true copy of said original.



WITNESS my hand and official seal of the Department of State, at the City of Albany, on December 24, 2009.

Daniel E. Shapiro
First Deputy Secretary of State

Rev. 06/07



**New York State Department of Taxation and Finance**
Taxpayer Services and Revenue Division
W A Harriman Campus
Albany NY 12227

**090723000772**
**Consent to Dissolution of a Corporation**

Consent date: 6/29/09

Taxpayer ID: B-20-5280216-2

**To the Secretary of State:**
Pursuant to provisions of section 1004 of Article 10 of the Business Corporation Law, the Commissioner of Taxation and Finance hereby consents to the dissolution of:

PERFECT TEAM CORPORATION

This consent is effective until: 9/28/09

By _Jamie Woodward_
For the Commissioner of Taxation and Finance

Department of State copy

TR-960 (6/05)

(Tear here)

---

**New York State Department of Taxation and Finance**
Taxpayer Services and Revenue Division
W A Harriman Campus
Albany NY 12227

**Consent to Dissolution of a Corporation**

Consent date: 6/29/09

Taxpayer ID: B-20-5280216-2

**To the Secretary of State:**
Pursuant to provisions of section 1004 of Article 10 of the Business Corporation Law, the Commissioner of Taxation and Finance hereby consents to the dissolution of:

PERFECT TEAM CORPORATION

This consent is effective until: 9/28/09

By _Jamie Woodward_
For the Commissioner of Taxation and Finance

090723000772

Department of State copy

## Certificate of Dissolution of

### PERFECT TEAM CORPORATION

Under Section 1003 of the Business Corporation Law

IT IS HEREBY CERTIFIED THAT:

(1) The name of the corporation is: **PERFECT TEAM CORPORATION**

(2) The certificate of incorporation was filed by the department of state on the: **8th day of March, 2006.**

(3) The name, title and address of each of its officers and directors are:

| Name | Title | Address |
|---|---|---|
| YIM YUET CHENG | President | 62 SANDY HOLLOW DR. SMITHTOWN, NY 11787 |

(4) The corporation elects to dissolve.

(5) *The dissolution was authorized at a meeting of shareholders by vote of the holders of two thirds of all the outstanding shares entitled to vote.*

*The dissolution was authorized by unanimous written consent of the holders of all the outstanding shares entitled to vote thereon.*

*The dissolution was authorized pursuant to and in the manner required by the provisions of the certificate of incorporation authorizing dissolution, which provisions are as follows:*
The dissolution was authorized by the president and the sole shareholder of the company.

IN WITNESS WHEREOF, this certificate has been subscribed this **31st day of May, 2009** by the undersigned who affirm(s) that the statement made herein are true under the penalties of perjury.

090723000772

| Type Name | Capacity in which signed | Signature |
|---|---|---|
| YIM YUET CHENG | President | x *Yim Yuet Cheng* |

*Attach consent of State Tax Commission. BCL & 1004.

---

Certificate of Dissolution of

**PERFECT TEAM CORPORATION**

Under Section 1003 of the Business Corporation Law

STATE OF NEW YORK
DEPARTMENT OF STATE
FILED   JUL 2 3 2009
TAX $ _____
BY: _LOH (2)_

---

Filed By:   Jeffrey Eng, CPA

Address:   36-09 Main Street Suite 207
Flushing, NY 11354

858