UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
LI RONG GAO,

                      Plaintiff,

          -against-

PERFECT TEAM CORPORATION, doing
business as Guang Zhou Restaurant,
JI SHIANG, INC., doing business as Guang
Zhou Restaurant, CHUN KIT CHENG, also
known as Jun Jie Zheng, and JIA LI WANG,

                      Defendants.

-------------------------------------------------------------X

10-CV-1637 (ENV)

SATISFACTION OF JUDGMENT

       FOR AND IN CONSIDERATION of the sum of THIRTY-FIVE-THOUSAND DOLLARS ($35,000), hereby acknowledged as having been paid by defendants CHUN KIT CHENG a/k/a JUN JIE ZHENG and JIA LI WANG (collectively as "Individual Defendants") to the plaintiff, FULL SATISFACTION IS HEREBY ACKNOWLEDGED of the judgment entered in this action on May 11, 2017 (ECF Doc No. 337), in favor of said plaintiff and against the Individual Defendants for damages, costs and interest in the amount of TWO-HUNDRED-EIGHTY-ONE-THOUSAND-SEVEN-HUNDRED-AND-FIFTY-NINE DOLLARS AND EIGHTEEN-CENTS ($281,759.18).

       THEREFORE, FULL AND COMPLETE SATISFACTION OF THE JUDGMENT against the Individual Defendants is hereby acknowledged, and THE CLERK OF THE COURT IS HEREBY AUTHORIZED and directed to make an entry of the full and complete satisfaction on the docket of the judgment against the Individual Defendants.

                                               _____
                                                Li Rong Gao, Plaintiff
COUNTY OF KINGS

## UNIFORM FORM CERTIFICATE
## OF ACKNOWLEDGMENT
(Within New York State)

State of New York )
) ss.:
County of  QUEENS  )

On the  28th  day in October, 2020, before me, the undersigned personally appeared Li Rong Gao, personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name is subscribed to the within instrument and acknowledged to me that he or she executed the same in his or her capacity, and that by his or her signature on the instrument, the individual , or the person upon behalf of which the individual acted, executed the instrument.

*[signature: Sumantra Tito Sinha]*
Notary Public
COUNTY OF QUEENS
NOTARIZATION WAS MADE PURSUANT TO
EXECUTIVE ORDER 202.7

SUMANTRA TITO SINHA
NOTARY PUBLIC, STATE OF NEW YORK
NO. 02SI6037333
COMMISSION EXPIRES FEBRUARY 14, 2022
QUALIFIED IN QUEENS COUNTY